**Honorable Ricardo S. Martinez**
**Hearing Date:  March 26, 2010**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CHRISTIE BOWERS,** | NO. C08-1768RSM |
| Plaintiff, | [PROPOSED] |
| vs. | **ORDER GRANTING MOTION FOR LEAVE AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| **ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,** | |
| Defendants. | |

THIS MATTER came before this Court on Plaintiff's Motion for Leave and Order for Withdrawal and Substitution of Counsel for Plaintiff.  The Court, having reviewed the papers and files submitted with Plaintiff's Motion for Leave and Order for Withdrawal and Substitution of Counsel for Plaintiff, _____ [Defendant's Opposition Papers], and being fully advised,

IT IS NOW ORDERED THAT Plaintiff's Motion for Leave and Order for Withdrawal and Substitution of Counsel for Plaintiff is GRANTED;

[Proposed]
Order Granting Motion for Leave and Order
 for Withdrawal an Substitution of Counsel for Plaintiff
PAGE 1 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

IT IS FURTHER ORDERED that Mark Walters of the WALTERS LAW FIRM PLLC, is hereby substituted as counsel for plaintiff in this action and Gregory Cavanargo is hereby removed as counsel for plaintiff in this action.

ORDER DATED this ___ day of March, 2010

_____
Ricardo S. Martinez
United States District Court Judge

Presented by:

WALTERS LAW FIRM PLLC

_____
Mark Walters, WSBA 25537
Attorney for Plaintiff, Christie Bowers

1411 Fourth Avenue, Suite 75
Seattle, WA 98101
Ph: 206.254.0444
Ph: 425.688.7620

[Proposed]
Order Granting Motion for Leave and Order
 for Withdrawal an Substitution of Counsel for Plaintiff
PAGE 2 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444