FILED ___ ENTERED
LODGED ___ RECEIVED

MAR __ 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTIE BOWERS, | Case No.: C08-1768RSM |
| Plaintiff, | DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S MOTION FOR MONETARY SANCTIONS |
| vs. | |
| ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof, | NOTE ON MOTION DOCKET: APRIL 2, 2010 |
| Defendants | |

Defendants, Robin Kletke and Robin Cohen declare as follows:

1. We are the defendants in the above referenced case and are filing this declaration pro se.

2. Attached hereto as Exhibit A is a true and correct copy of a spread sheet detailing expenses and fees deemed as "unnecessary" by the Court's Order of March 1, 2010.

3. Attached hereto as Exhibit B are true and correct copies of time charges incurred by defendants regarding above referenced expenses.

**08-CV-01768-PRO**

DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S MOTION - 1
DeclarationMonetarySanctions.doc

1    Defendants declare under penalty of perjury that the foregoing is true and correct.

2

3    Dated this 15 Day of March, 2010 at Woodinville, WA

4

5    Robin Cohen        Robin Kletke

6                       16820 226th Ave NE
                        Woodinville, WA 98077
7                       206-718-1237
                        robinkletke@hotmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S MOTION - 2
DeclarationMonetarySanctions.doc

1

## CERTIFICATE OF SERVICE

2  I, Robin Kletke, hereby certify that on March 15th, 2010, I filed with the Clerk of the Court and

3  electronically mailed and mailed via US Mail the foregoing DECLARATION OF

4  DEFENDANTS IN SUPPORT OF DEFENDANTS MOTION FOR MONETARY

5  SANCTIONS, MARCH 1 2010 to the person(s) listed below:

6

7  Gregory J. Murphy, WSBA 16184
   Law Offices of Gregory J. Murphy, PS

8  One Pacific Building
   621 Pacific Avenue, Suite 15

9  Tacoma, WA 98401-1293
   Counsel for defendants

10

11  Gregory Cavagnaro
    Law Offices of Gregory Cavagnaro

12  1400 112th Avenue SE #100
    Bellevue, WA 98004

13  Lead Attorney for Plaintiff

14  Mark Walters
    1411 Fourth Avenue, Suite 75

15  Seattle, WA 98101
    Attorney for Plaintiff

16

17  I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is

18  true and correct.

19  Dated this 15th Day of March, 2010 at Woodinville, WA

20

21                    Robin Cohen      Robin Kletke

22

23

24

25

26

DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S MOTION - 3
DeclarationMonetarySanctions.doc

# EXHIBIT A

Exhibit A - Motion for Monetary Sactions against Mr. Greg Cavagnaro, Plaintiff Attorney

Itemized charges from attorney invoices

| | Greg Murphy Hours | Paralegal Hours | Total / line item | Designation referenced to Declaration Items | Description of Time Charges from statements |
|---|---|---|---|---|---|
| Hourly rate pre Jan. 1, 2009 | $ 300.00 | $ 120.00 | | | |
| 12/11/08 | 0.5 | | $ 150.00 | A | Draft stipulation and Proposed Order re Extension of Time |
| 12/12/10 | 0.5 | 0.2 | $ 174.00 | A | Preparation of Motion for Extension to respond since Cavagnaro did not communicate |
| 12/15/08 | 1 | 1.6 | $ 492.00 | A | More Prep on Motion for Extension |
| 12/28/08 | 0.2 | | $ 60.00 | A | Review email regarding motion for extension of time |

| | Greg Murphy Hours | Paralegal Hours | Total / line item | Designation referenced to Declaration Items | Description of Time Charges from statements |
|---|---|---|---|---|---|
| Hourly rate post Jan. 1, 2009 | $ 330.00 | $ 140.00 | | | |
| 4/1/09 | | 0.2 | $ 28.00 | B | Deal with Sonosite documents from sdt since Cavagnaro would not deliver them |
| 4/2/09 | 0.2 | | $ 66.00 | B | Sonosite Docs |
| 4/3/10 | | 2.7 | $ 378.00 | B | Sonosite Docs - copy and return originals |
| 4/6/09 | | 0.2 | $ 28.00 | C | Prepare email to Cavagnaro regarding overdue discovery |
| 4/7/09 | 1 | | $ 330.00 | C | Call to Cavagnaro regarding overdue docs, letter to Cavagnaro |
| 4/21/09 | 1.3 | | $ 429.00 | C | Call and letter to Cavagnaro regarding late discovery |
| 4/29/09 | 0.5 | | $ 165.00 | C | emal to Cavagnaro about discovery - filing motion to compel |
| 5/4/09 | 3 | | $ 990.00 | C | Email to Cavagnaro - begin motion to compel |
| 5/5/09 | 1.6 | | $ 528.00 | C | draft declaration, motion, proposed order |
| 5/6/09 | 1 | | $ 330.00 | C | prepare pleadings for filing |
| 5/7/09 | 5 | | $ 1,650.00 | C | Continue working on motion |
| 5/21/09 | 2 | 0.5 | $ 730.00 | C | Review file RE motion, telephone call, etc |
| 5/30/09 | 2.5 | | $ 825.00 | C | Review re: failure to respond, motion to dismiss, failure to prosecute6/ |
| 6/3/09 | 0.8 | | $ 264.00 | C | Phone call regarding motion, contact with court clerk re motion |
| 6/4/09 | 0.4 | | $ 132.00 | C | respond to items regarding motion to compel |
| 6/29/09 | 4.7 | | $ 1,551.00 | D | Evaluate motion for dismissal |
| 6/30/09 | 4.8 | | $ 1,584.00 | D | more work on 2nd motion to Compel |
| 7/1/09 | 2.4 | | $ 792.00 | D | Proof and revise pleadings |
| 7/2/09 | 6.3 | | $ 2,079.00 | D | More work on 2nd Motion |
| 7/24/09 | 0.2 | 0.3 | $ 108.00 | D | work on 2nd motion |
| 8/11/09 | 0.2 | 0.2 | $ 94.00 | D | review order granting 2nd motion |
| 8/12/08 | 0.8 | | $ 264.00 | D | phone call about motion and options from here |
| 8/25/09 | 0.2 | | $ 66.00 | D | Letter to Cavagnaro about fees and motion to dismiss |
| 9/2/09 | 1.6 | | $ 528.00 | E | begin 3rd motion (1st motion to dismiss) |
| 9/15/09 | 2 | 0.4 | $ 716.00 | E | drafts and work on motion to compel, sanctions |
| 9/16/09 | 1.2 | | $ 396.00 | E | research on motion, letter to Cavagnaro |
| 9/17/09 | 2.1 | | $ 693.00 | E | draft motion, call to client |
| 10/14/09 | 2.1 | 0.8 | $ 805.00 | F | work for stipulation of extension due to cavagnaro's lack of participation |
| 10/15/09 | 5.4 | | $ 1,782.00 | E | revise pleading, failure to conduct discovery |
| 10/15/09 | | 2.6 | $ 364.00 | F | work on stipulation and contact with court |
| 10/16/09 | 4.2 | | $ 1,386.00 | E | more work on 1st motion to dismiss and sanctions |
| 10/19/09 | | 6.1 | $ 854.00 | E | work on motion |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 10/20/09 | 5.1 | | $ | 1,683.00 | E | work on motion and letter to cavagnaro |
| | | | | | | review email from Cavagnaro - can't get the info, need |
| 10/22/09 | 0.5 | | $ | 165.00 | E | to talk to client |
| 10/23/09 | 2 | | $ | 660.00 | E | prepare pleadings for filing |
| 10/23/09 | | 0.7 | $ | 98.00 | E | file pleadings |
| 10/24/09 | 0.3 | | $ | 99.00 | E | send pleadings to client |
| | | | | | | Contact with Cavagnaro about overdue discovery |
| 11/6/09 | 1.4 | | $ | 462.00 | G | |
| 11/16/09 | 4.3 | 1.6 | $ | 1,643.00 | E | more work on motion to dismiss |
| 11/20/09 | 5.9 | | $ | 1,947.00 | E | work on motion |
| 11/22/09 | 2.8 | | $ | 924.00 | E | more on motion |
| 11/27/09 | 1 | | $ | 330.00 | G | letter about overdue discovery |
| 11/27/09 | | 1.2 | $ | 168.00 | E | Work on reply brief for motion |
| 11/30/09 | 3.2 | | $ | 1,056.00 | H | motion to stay due to lack of activity |
| | | | | | | phone call to cavagnaro regarding stipulation to stay |
| 12/1/09 | 0.2 | | $ | 66.00 | H | |
| 12/2/09 | 1.3 | 1.5 | $ | 639.00 | H | motion to stay due to lack of activity |
| 12/3/09 | 3.2 | 1 | $ | 1,196.00 | H | motion to stay due to lack of activity |
| 12/17/09 | 1.3 | | $ | 429.00 | I | prepare for discovery conference |
| 12/18/09 | 3.6 | | $ | 1,188.00 | I | work on resetting deadlines |
| 12/20/09 | 2.5 | | $ | 825.00 | I | draft motion to extend deadlines |
| | | | | | | emails/phone calls regarding overdue discovery |
| 12/24/09 | 0.3 | 0.9 | $ | 225.00 | J | |
| 12/28/09 | 4.6 | 2.5 | $ | 1,868.00 | J | overdue discovery |
| | | | | | | work on renewed motion to dismiss due to lack of |
| | | | | | | discovery and cavagnaro's failure to prosecute. |
| 12/28/09 | 10.1 | | $ | 3,333.00 | N | |
| | | | | | | review emails and work on status conference |
| 1/5/10 | 1.3 | | $ | 429.00 | K | regarding expert witness |
| 1/6/10 | 0.2 | | $ | 66.00 | K | review email from court, etc |
| 1/7/10 | 1.3 | | $ | 429.00 | K | expert witness conference |
| 1/8/10 | | 0.2 | $ | 28.00 | L | email regarding tax forms |
| 1/13/10 | | 0.1 | $ | 14.00 | L | tax forms |
| | | | | | | work on declaration regarding expert witness, overdue |
| | | | | | | discovery, and lack of attention by Cavagnaro |
| 1/14/10 | 1 | | $ | 330.00 | M | |
| 1/15/10 | 3.6 | 3.5 | $ | 1,678.00 | M | declaration |
| 1/19/10 | | 0.1 | $ | 14.00 | L | email for tax forms |
| | | | | | | Draft declaration for renewed motion, revise, review |
| 1/21/10 | 0.8 | 0.6 | $ | 348.00 | N | |
| | | | | | | draft of renewed motion to dismiss and sanctions |
| 1/22/10 | 6.7 | | $ | 2,211.00 | N | |
| 1/25/10 | 8 | 2.8 | $ | 3,032.00 | N | Continue working on motion |
| 1/26/10 | 3.9 | 5.1 | $ | 2,001.00 | N | motion, pleadings, declarations |
| 1/27/10 | 4.1 | | $ | 1,353.00 | N | work on argument for reply brief |
| 2/9/10 | 3.8 | 0.7 | $ | 1,352.00 | N | work on motion (reply) |
| 2/11/10 | 5.7 | | $ | 1,881.00 | N | work on motion |
| 2/12/10 | 8.1 | | $ | 2,673.00 | N | work on motion |
| **Total** | | | **$** | **58,654.00** | | |

**Total Charges per Item Described in Declaration**

| Declaration Designation | Total for each item | | Description |
|---|---|---|---|
| A | $ | 876.00 | (DKT #3) Motion for Extension to Answer |
| B | $ | 472.00 | Failure to deliver Sonosite Subpoena results |
| C | $ | 6,401.00 | (DKT #16) 1st Motion to Compel |
| D | $ | 6,538.00 | (DKT #22) 2nd Motion to Compel |
| E | $ | 13,742.00 | (DKT #30) Motion for Miscellaneous Relief |
| F | $ | 1,169.00 | (DKT #27) Stipulation of extension of dates |
| G | $ | 792.00 | Letters/emails/phone calls about overdue discovery |
| H | $ | 2,957.00 | (DKT #36) Motion to stay |
| I | $ | 2,442.00 | Preparation for another discovery conference about overdue discovery |
| J | $ | 2,093.00 | emails / phone regarding overdue discovery |
| K | $ | 924.00 | (DKT #40) Expert witness conference |
| L | $ | 56.00 | Attempts to get overdue tax forms |
| M | $ | 2,008.00 | (DKT #41) Work on declaration |
| N | $ | 18,184.00 | (DKT #43) Motion for Sanctions |
| **Total** | **$** | **58,654.00** | |

# EXHIBIT B

**2008/12/11**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 12/11/08 | Gregory Murphy | Email to Robin Kletke about Notice of Appearance; draft Stipulation and Proposed Order re Extension of Time; | 0.70 | 210.00 |
| | | Total Fees for 2008/12/11: | 0.70 | 210.00 |

A

**2008/12/12**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 12/12/08 | Audrey Cosgrove-Lewa | Prepare Stipulation and Proposed Order.  CaseMap updates.  Call to Cavagnaro re: Stipulation - left v.m. msg.  Fax Stipulation to Cavagnaro.  Prepare Motion for Extension of Time. | 0.90 | 108.00 |
| 12/12/08 | Gregory Murphy | Proof and revise Stipulation and [Proposed] Order extending Time to Answer or Otherwise Plead; | 0.50 | 150.00 |
| | | Total Fees for 2008/12/12: | 1.40 | 258.00 |

A

**2008/12/15**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 12/15/08 | Audrey Cosgrove-Lewa | Edit Motion for Extension of Time to Answer.  File Motion, proposed Order.  Prepare | 1.60 | 192.00 |
| 12/15/08 | Gregory Murphy | Work on Motion for Extension of Time, re | 5.30 | 1,590.00 |
| | | Total Fees for 2008/12/15: | 6.90 | 1,782.00 |

A  LO hr

**2008/12/26**

| Date | Staff Member | Description | | Hours | Charges |
|------|-------------|-------------|---|-------|---------|

**2008/12/28**

| Date | Staff | Description | | Hours | Charges |
|------|-------|-------------|---|-------|---------|
| | | Total Fees for 2008/12/28: | | | |

**2008/12/29**

| Date | Staff Member | Description | | Hours | Charges |
|------|-------------|-------------|---|-------|---------|
| 12/29/08 | Gregory Murphy | Continue working on answer; continue working on jury instructions; review docket; review email from court re motion for extension of time; email to Robin Kletke; | | 11.10 | 3,330.00 |
| | | Total Fees for 2008/12/29: | | 11.10 | 3,330.00 |

A .2.

**2008/12/31**

| Date | Staff Member | Description | | Hours | Charges |
|------|-------------|-------------|---|-------|---------|
| | | Total Fees for 2008/12/31: | | | |

2/18 — B

## Professional Fees (detail)

### 2009/04/01

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/01/09 | Gregory Murphy | Telephone to Cavagnaro re FRCP 26/37 conference; email to Cavagnaro; | | |
| 04/01/09 | Lani Mertens | Telephone call from Ellie re Sonosite documents produced per subpoena | 0.10 | 14.00 |
| 04/01/09 | Lani Mertens | Telephone call with Ellie at Sonosite re documents produced to opposing counsel | 0.10 | 14.00 |
| | | **Total Fees for 2009/04/01:** | **0.70** | **193.00** |

*B*

### 2009/04/02

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/02/09 | Gregory Murphy | Review documents received from Sonosite; | 0.20 | 66.00 |
| | | **Total Fees for 2009/04/02:** | **0.20** | **66.00** |

*B*

### 2009/04/03

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/03/09 | Lani Mertens | Receive Sonosite documents re subpoena duces tecum directly from Sonosite; copy all documents; prepare letter to Ellie Ausmus at Sonosite returning their original documents | 2.70 | 378.00 |
| | | **Total Fees for 2009/04/03:** | **2.90** | **444.00** |

*B*

### 2009/04/04

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/06/09 | Lani Mertens | Prepare email to Greg Cavagnaro re overdue responses to Defendants' first set of discovery | 0.20 | 28.00 |
| | | **Total Fees for 2009/04/06:** | **0.20** | **28.00** |

*C*

### 2009/04/07

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/07/09 | Gregory Murphy | Telephone call to Cavagnaro about answers and responses; letter to Cavagnaro; review documents received from Allyn; | 1.30 | 429.00 |
| | | **Total Fees for 2009/04/07:** | **1.30** | **429.00** |

*C    i.o hr*

*3/18  — B*

**2009/04/21**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/21/09 | Gregory Murphy | Telephone call to Cavagnaro; letter to Cavagnaro; update file; | 1.30 | 429.00 |
| 04/21/09 | Lani Mertens | | | |

C

Total Fees for 2009/04/21:

**2009/04/27**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

Total Fees for 2009/04/27:

**2009/04/29**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 04/29/09 | Gregory Murphy | Email to Cavagnaro; update file; | 0.50 | 165.00 |

C

Total Fees for 2009/04/29:  0.50  165.00

**2009/04/30**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

4/18  – B

## Professional Fees (detail)

### 2009/05/04

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/04/09 | Gregory Murphy | Email to Cavagnaro re overdue discovery responses; begin working on Motion to Compel; review file; | 3.00 | 990.00 |
| | | Total Fees for 2009/05/04: | 3.00 | 990.00 |

C

### 2009/05/05

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/05/09 | Gregory Murphy | Draft declaration in support of motion to compel; draft motion to compel; draft proposed order; | 1.60 | 528.00 |
| | | Total Fees for 2009/05/05: | 1.60 | 528.00 |

C

### 2009/05/06

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/06/09 | Gregory Murphy | C                     ; prepare pleadings for filing; | 4.50 | 1,485.00 |
| 05/06/09 | Lani Mertens | | | |
| | | Total Fees for 2009/05/06: | 4.80 | 1,527.00 |

C 1.0

### 2009/05/07

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/07/09 | Gregory Murphy | Continue working on motion; telephone call to Wilson Lihn, Juno re subpoena; email to W. Lihn; letter to Lihn; | 7.00 | 2,310.00 |
| | | Total Fees for 2009/05/07: | 7.00 | 2,310.00 |

C

### 2009/05/13

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|

### 2009/05/21

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/21/09 | Gregory Murphy | Review file re motion to compel and discovery matters; telephone call to Cavagnaro; letter to Cavagnaro; update file; draft reply declaration; | 2.00 | 660.00 |
| 05/21/09 | Lani Mertens | Prepare declaration of Gregory Murphy in reply to Defendants' unopposed motion to compel; file same with court | 0.50 | 70.00 |
| | | Total Fees for 2009/05/21: | 2.50 | 730.00 |

C

### 2009/05/29

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| | | Total Fees for 2009/05/29: | | |

### 2009/05/30

| Date | Staff Member | Description | Hours | Charges |
|------|------|------|------|------|
| 05/30/09 | Gregory Murphy | Review file re discovery and failure to respond; research motion to dismiss for failure to prosecute and failure to answer discovery | 2.50 | 825.00 |

C

5/18  - B

## Professional Fees (detail)

### 2009/06/03

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 06/03/09 | Gregory Murphy | Telephone call from Robin Kletke; telephone call to Laurie Cuaresma, Deputy Clerk; telephone call from Laurie Cuaresma; | 0.80 | 264.00 |
| 06/03/09 | Lani Mertens | | | |
| | | Total Fees for 2009/06/03: | 1.50 | 362.00 |

C

### 2009/06/04

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 06/04/09 | Gregory Murphy | Review email from Robin Kletke; reply; review email received from the court; email to Robin Kletke; update file; | 0.40 | 132.00 |
| | | Total Fees for 2009/06/04: | 0.40 | 132.00 |

C

### 2009/06/27

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

### 2009/06/29

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 06/29/09 | Gregory Murphy | Return telephone call from Robin Kletke; draft motion for dismissal or sanctions; research; revise motion to request an order to compel and pay costs and fees incurred; | 4.70 | 1,551.00 |
| | | Total Fees for 2009/06/29: | 4.70 | 1,551.00 |

D

### 2009/06/30

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 06/30/09 | Gregory Murphy | Review file and revise motion to compel; draft declaration in support; draft proposed order; additional research; | 4.80 | 1,584.00 |
| | | Total Fees for 2009/06/30: | 4.80 | 1,584.00 |

D

6/18  — B

## Professional Fees (detail)

### 2009/07/01

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 07/01/09 | Gregory Murphy | Proof and revise pleadings for motion; | 2.40 | 792.00 |
| | | **Total Fees for 2009/07/01:** | **2.40** | **792.00** |

D

### 2009/07/02

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 07/02/09 | Gregory Murphy | Review email from Robin Kletke about motion to compel; revise motion; prepare pleadings for filing; revise and proof declaration; | 6.30 | 2,079.00 |
| | | **Total Fees for 2009/07/02:** | **6.30** | **2,079.00** |

D

### 2009/07/24

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 07/24/09 | Gregory Murphy | Proof declaration for filing; | 0.20 | 66.00 |
| 07/24/09 | Lani Mertens | Draft Reply Declaration of Gregory J. Murphy in Support of Defendant's Second Motion to Compel; file same with court | 0.30 | 42.00 |
| | | **Total Fees for 2009/07/24:** | **0.50** | **108.00** |

D

7/18 — B

## Professional Fees (detail)

### 2009/08/11

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 08/11/09 | Gregory Murphy | Review Order Granting Second Motion to Compel and Awarding Sanctions; | 0.20 | 66.00 |
| 08/11/09 | Lani Mertens | Receive and review Order Granting 2nd Motion for Summary Judgment; forward same to clients for review | 0.20 | 28.00 |
| | | **Total Fees for 2009/08/11:** | **0.40** | **94.00** |

D

### 2009/08/12

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 08/12/09 | Gregory Murphy | Telephone call to Robin Kletke about options; telephone call from Robin Kletke; | 0.80 | 264.00 |
| | | **Total Fees for 2009/08/12:** | **0.80** | **264.00** |

D

### 2009/08/24

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

### 2009/08/25

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 08/25/09 | Gregory Murphy | Letter to Cavagnaro about fees and expenses or dismissal; | 0.20 | 66.00 |
| | | **Total Fees for 2009/08/25:** | **0.20** | **66.00** |

D

8/18  — B

## Professional Fees (detail)

### 2009/09/02

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/02/09 | Gregory Murphy | Begin drafting motion; research motion; | 1.60 | 528.00 |
| | | Total Fees for 2009/09/02: | 1.80 | 528.00 |

E

### 2009/09/09

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/09/09 | Gregory Murphy | Email to Greg Cavagnaro about status; | 0.20 | 66.00 |
| | | Total Fees for 2009/09/09: | 0.20 | 66.00 |

### 2009/09/14

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/14/09 | Gregory Murphy | Review Bowers answers and objections to interrogatories; telephone call from Robin Kietke | 1.30 | 429.00 |
| 09/14/09 | Lani Mertens | Receive and review Bowers' answers to first and second set of discovery; scan and email to clients | 0.40 | 56.00 |
| | | Total Fees for 2009/09/14: | 1.70 | 485.00 |

### 2009/09/15

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/15/09 | Gregory Murphy | Draft declaration of GJM in support of Motion to Compel; review and update file; | 2.00 | 660.00 |
| 09/15/09 | Lani Mertens | | | |
| 09/15/09 | Lani Mertens | Work on Declaration of Gregory J. Murphy in support of motion | 0.40 | 56.00 |
| | | Total Fees for 2009/09/15: | 3.80 | 894.00 |

E

### 2009/09/16

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/16/09 | Gregory Murphy | Research re motion; letter to Greg Cavagnaro | 1.20 | 396.00 |
| 09/16/09 | Lani Mertens | | | |
| | | Total Fees for 2009/09/16: | | |

E

### 2009/09/17

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 09/17/09 | Gregory Murphy | Draft motion; return telephone call from Robin Kietke | 2.10 | 693.00 |
| | | Total Fees for 2009/09/17: | 2.10 | 693.00 |

E

### 2009/09/19

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

### 2009/09/29

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 0 | | | | |

9/18  – B

## Professional Fees (detail)

### 2009/10/14

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/14/09 | Gregory Murphy | Review file; telephone call to Gregory Cavagnaro; email to Cavagnaro about extending certain deadlines; email from Gregory Cavagnaro; telephone call from Robin Kletke; email to Robin Kletke; telephone call from Robin Cohen; | 2.10 | 693.00 |
| 10/14/09 | Lani Mertens | Receive and review email from opposing counsel; finalize stipulation and order, scan and file with court, email to judge for approval and signature | 0.30 | 42.00 |
| 10/14/09 | Lani Mertens | Draft stipulation and order to extend discovery deadlines; email to opposing counsel for approval | 0.50 | 70.00 |
| | | **Total Fees for 2009/10/14:** | **2.90** | **805.00** |

*F*

### 2009/10/15

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/15/09 | Gregory Murphy | Review file; revise letter and pleadings; review research; work on argument about Bowers' failure to conduct discovery; | 5.40 | 1,782.00 |
| 10/15/09 | Lani Mertens | Emails from/to Greg Cavagnaro re stipulation and order to extend discovery deadlines | 0.20 | 28.00 |
| 10/15/09 | Lani Mertens | Receive and review email from Judge Martinez' clerk re stipulation and order to extend discovery deadlines; send email to Judge Martinez clerk re same | 0.20 | 28.00 |
| 10/15/09 | Lani Mertens | Work on motion to strike pleadings, enter default and for sanctions | 2.20 | 308.00 |
| | | **Total Fees for 2009/10/15:** | **8.00** | **2,146.00** |

*E*

*F*

### 2009/10/16

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/16/09 | Gregory Murphy | Continue working on motion and research; review file about next-steps; | 4.20 | 1,386.00 |
| | | **Total Fees for 2009/10/16:** | **4.20** | **1,386.00** |

*E*

### 2009/10/19

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/19/09 | Lani Mertens | Work on motion to strike and Murphy Declaration | 6.10 | 854.00 |
| | | **Total Fees for 2009/10/19:** | **6.10** | **854.00** |

*E*

### 2009/10/20

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/20/09 | Gregory Murphy | Continue work on motion and letter; revise; proof and prepare for sending to Cavagnaro; | 5.10 | 1,683.00 |
| | | **Total Fees for 2009/10/20:** | **5.10** | **1,683.00** |

*E*

### 2009/10/22

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/22/09 | Gregory Murphy | Review email received from Cavagnaro; reply; | 0.50 | 165.00 |
| | | **Total Fees for 2009/10/22:** | **0.50** | **165.00** |

*E*

### 2009/10/23

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/23/09 | Gregory Murphy | Review email received from Cavagnaro; prepare pleadings for filing; update file; email to Robin Kletke; | 2.00 | 660.00 |

*E*

10/18  — B

**2009/10/23**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/23/09 | Lani Mertens | Edit and finalize pleadings; file with court | 0.70 | 98.00 |
| | | Total Fees for 2009/10/23: | 2.70 | 758.00 |

*E*

**2009/10/24**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 10/24/09 | Gregory Murphy | Email to clients with motion and declaration; forward email received from Cavagnaro; | 0.30 | 99.00 |
| | | Total Fees for 2009/10/24: | 0.30 | 99.00 |

*E*

11/18  - B

## Professional Fees (detail)

### 2009/11/05

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

### 2009/11/06

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 11/06/09 | Gregory Murphy | Telephone call to Cavagnaro; letter to Cavagnaro; revise and proof letter; review emails from Cavagnaro, amended answers to interrogatories, letter about discovery issues; forward to Robin Kletke; email to Robin Kletke; | 1.40 | 462.00 |

|  |  | Total Fees for 2009/11/06: | 1.40 | 462.00 |

G

### 2009/11/16

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 11/16/09 | Gregory Murphy | Review email from Robin Kletke about discovery and pending motion; review pleadings received from Cavagnaro; draft declaration; research; draft memo; | 4.30 | 1,419.00 |
| 11/16/09 | Lani Mertens | Work on gathering exhibits for declaration and declaration | 1.60 | 224.00 |

|  |  | Total Fees for 2009/11/16: | 5.90 | 1,643.00 |

E

### 2009/11/17

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

### 2009/11/20

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 11/20/09 | Gregory Murphy | Work on motion; update declaration concerning Cavagnaro's other cases; update file about discovery status and documents in support of motion to strike; telephone call to Cavagnaro; email to Cavagnaro; review | 5.90 | 1,947.00 |

E

12/18  – B

**2009/11/29**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| | | ply: | | |

**2009/11/22**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 11/22/09 | Gregory Murphy | Research and work on motion to require compliance with order granting sanctions; revise and proof order granting motion to strike; | 2.80 | 924.00 |
| | | Total Fees for 2009/11/22: | 2.80 | 924.00 |

*E*

**2009/11/24**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|

**2009/11/25**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|

**2009/11/27**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 11/27/09 | Gregory Murphy | Review documents received from Bowers; memo to Lani Mertens; letter to Cavagnaro about discovery; proof and revise letter; | 2.00 | 660.00 |
| 11/27/09 | Lani Mertens | Work on reply brief and declaration; prepare for filing and service | 1.20 | 168.00 |
| | | Total Fees for 2009/11/27: | 3.20 | 828.00 |

*G  1.0 hr*
*E*

**2009/11/30**

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| 11/30/09 | Gregory Murphy | Emails from/to Robin Cohen; research and draft motion to stay; | 3.20 | 1,056.00 |
| | | Total Fees for 2009/11/30: | 3.20 | 1,056.00 |

*H*

13/18   - B

## Professional Fees (detail)

### 2009/12/01

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/01/09 | Gregory Murphy | Telephone call to Cavagnaro about Stipulation to Stay Discovery per FRCP 26(c); | 0.20 | 66.00 |
| | | **Total Fees for 2009/12/01:** | 0.20 | 66.00 |

H

### 2009/12/02

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/02/09 | Gregory Murphy | Email to Cavagnaro; proof and revise motion | 1.30 | 429.00 |
| 12/02/09 | Lani Mertens | Draft declaration of Greg Murphy re Motion to Stay; work on motion to stay | 1.50 | 210.00 |
| | | **Total Fees for 2009/12/02:** | 2.80 | 639.00 |

H

### 2009/12/03

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/03/09 | Gregory Murphy | Finish revisions to motion and declaration; draft proposed order; review research authorities; | 3.20 | 1,056.00 |
| 12/03/09 | Lani Mertens | Draft Order Granting Defendants' Motion to Stay; revise motion and declaration | 1.00 | 140.00 |
| | | **Total Fees for 2009/12/03:** | 4.20 | 1,196.00 |

H

### 2009/12/11

| Date | Staff Member | Description | | |
|------|-------------|-------------|--|--|

**2009/12/16**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

**2009/12/17**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/17/09 | Gregory Murphy | Prepare for discovery conference; email to Cavagnaro; telephone call to Cavagnaro; email to Cavagnaro; telephone call from Cavagnaro; | 1.30 | 429.00 |
| | | Total Fees for 2009/12/17: | 1.30 | 429.00 |

**2009/12/18**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/18/09 | Gregory Murphy | Review file re deadlines, discovery and next-steps; letter to Cavagnaro; review claims; telephone call to Robin Kletke; work on resetting deadlines; email from/to Robin Kletke; | 3.60 | 1,188.00 |
| | | Total Fees for 2009/12/18: | 3.60 | 1,188.00 |

**2009/12/20**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/20/09 | Gregory Murphy | Draft motion to change deadlines; review file concerning computer forensic experts and additional discovery; | 2.50 | 825.00 |
| | | Total Fees for 2009/12/20: | 2.50 | 825.00 |

**2009/12/22**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|

**2009/12/24**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/24/09 | Gregory Murphy | Telephone call to Lani Mertens about documents from Greg Cavagnaro; telephone call to Greg Cavagnaro; | 0.30 | 99.00 |
| 12/24/09 | Lani Mertens | Multiple telephone calls (5) to Plaintiff's counsel re Plaintiff's overdue answers/responses to discovery requests | 0.40 | 56.00 |
| 12/24/09 | Lani Mertens | Prepare email to opposing counsel re Plaintiff's answers/responses that were ordered to be due 12/24/09; prepare fax to opposing counsel re same and attempted to fax message 2 times; | 0.50 | 70.00 |
| | | Total Fees for 2009/12/24: | 1.20 | 225.00 |

**2009/12/28**

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| 12/28/09 | Gregory Murphy | Conference with Lani Mertens about review of documents received from Cavagnaro; telephone call to Cavagnaro about expert witness disclosure and supplemental answers to interrogatories; letter to Cavagnaro about conference with Judge Martinez; work on discovery matters; | 4.60 | 1,518.00 |
| 12/28/09 | Lani Mertens | Receive and review responsive documents to requests for production; draft letter to plaintiff's counsel re missing documents, etc and to request signature on IRS forms | 2.30 | 322.00 |
| 12/28/09 | Lani Mertens | Receive email from opposing counsel re overdue answers and responses; email opposing counsel to acknowledge receipt of his email | 0.20 | 28.00 |
| | | Total Fees for 2009/12/28: | 7.10 | 1,868.00 |

15/18    − B

## Professional Fees (detail)

### 2010/01/05

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/05/10 | Gregory Murphy | Review email from Robin Kletke; telephone call to Robin Kletke; telephone call from Laurie Cuaresma about status conference; email to clients; email to Court; | 1.30 | 429.00 |
| | | Total Fees for 2010/01/05: | 1.30 | 429.00 |

K

### 2010/01/06

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/06/10 | Gregory Murphy | Review email from Lowell Williams; email to clients; email to court; | 0.20 | 66.00 |
| | | Total Fees for 2010/01/06: | 0.20 | 66.00 |

K

### 2010/01/07

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/07/10 | Gregory Murphy | Review file and prepare for status conference;attend status conference; telephone call to Robin Kletke; | 1.30 | 429.00 |
| | | Total Fees for 2010/01/07: | 1.30 | 429.00 |

K

### 2010/01/08

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/08/10 | Lani Mertens | Draft email to Greg Cavagnaro re tax forms | 0.20 | 28.00 |
| | | Total Fees for 2010/01/08: | 0.20 | 28.00 |

L

### 2010/01/12

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|

### 2010/0

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/13/10 | Lani Mertens | Email to Cavagnaro re status on tax forms | 0.10 | 14.00 |
| | | Total Fees for 2010/01/13: | 0.60 | 179.00 |

L

### 2010/01/14

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/14/10 | Gregory Murphy | Review email from Robin Kletke; telephone call to Robin Kletke;review docket; telephone call to Robin Kletke; email to Courtroom Deputies for Judge Martinez requesting a telephone conference; | 1.00 | 330.00 |
| | | Total Fees for 2010/01/14: | 1.00 | 330.00 |

M

### 2010/01/15

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/15/10 | Gregory Murphy | Work on document showing details of discovery for court; review email from Lowell Williams; draft declaration;telephone call to Robin Kletke; telephone call from Robin Kletke | 3.60 | 1,188.00 |
| 01/15/10 | Lani Mertens | Prepare exhibit for GJM declaration; file and serve declaration | 3.50 | 490.00 |
| | | Total Fees for 2010/01/15: | 7.10 | 1,678.00 |

M

16/18    — B

**2010/01/19**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/19/10 | Lani Mertens | Email to Greg Cavagnaro re status on tax forms | 0.10 | 14.00 |
| | | Total Fees for 2010/01/19: | 0.10 | 14.00 |

L

**2010/01/21**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/21/10 | Gregory Murphy | Draft second declaration in support of renewed motion; revise; review Order; email to clients; | 0.80 | 264.00 |
| 01/21/10 | Lani Mertens | Draft second GJM declaration in support of renewed motion to strike, etc. | 0.60 | 84.00 |
| | | Total Fees for 2010/01/21: | 1.40 | 348.00 |

N

**2010/01/22**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/22/10 | Gregory Murphy | Telephone call from Robin Kletke about Order and next motion; begin drafting motion | 6.70 | 2,211.00 |
| | | Total Fees for 2010/01/22: | 6.70 | 2,211.00 |

N

**2010/01/25**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/25/10 | Gregory Murphy | Continue working on motion; | 8.00 | 2,640.00 |
| 01/25/10 | Lani Mertens | Review file, gather documents for declarations; draft GJM declarations re requests for admissions and Debra Cooper | 2.80 | 392.00 |
| | | Total Fees for 2010/01/25: | 10.80 | 3,032.00 |

N

**2010/01/26**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/26/10 | Gregory Murphy | Email from Robin Kletke; reply; continue working on motion; work on declarations; proof and revise pleadings; review emails from Robin Kletke; telephone call to Robin Kletke; | 3.90 | 1,287.00 |
| 01/26/10 | Lani Mertens | Continue working on GJM declaration re Debra Cooper; revise GJM declaration re tax forms | 1.40 | 196.00 |
| 01/26/10 | Lani Mertens | Revise declarations; prepare for filing and service | 3.50 | 490.00 |
| 01/26/10 | Lani Mertens | Telephone calls with client re motion for sanctions | 0.20 | 28.00 |
| | | Total Fees for 2010/01/26: | 9.00 | 2,001.00 |

N

**2010/01/27**

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 01/27/10 | Gregory Murphy | Work on argument for reply brief; research re same; | 4.10 | 1,353.00 |
| | | Total Fees for 2010/01/27: | 4.10 | 1,353.00 |

N

17/18  - B

## 2010/02/09

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 02/09/10 | Gregory Murphy | Work on motions; draft proposed order re stay; | 3.80 | 1,254.00 |
| 02/09/10 | Lani Mertens | Draft proposed Order; prepare pleadings to be filed and served | 0.70 | 98.00 |
| | | Total Fees for 2010/02/09: | 4.50 | 1,352.00 |

N

## 2010/02/11

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 02/11/10 | Gregory Murphy | Telephone call from Mark Walters; email to Mark Walters about staying discovery; telephone call from Robin Kletke; work on motion; | 5.70 | 1,881.00 |
| | | Total Fees for 2010/02/11: | 5.70 | 1,881.00 |

N

## 2010/02/12

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| 02/12/10 | Gregory Murphy | Continue working on motion; | 8.10 | 2,673.00 |
| | | Total Fees for 2010/02/12: | 8.10 | 2,673.00 |

N

18/18   -B