**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CHRISTIE BOWERS,** | **NO. C08-1768 RSM** |
| **Plaintiff,** | **DECLARATION OF MARK WALTERS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL** |
| **vs.** | |
| **ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,** | |
| **Defendants.** | **NOTED ON MOTION DOCKET: MARCH 26, 2010** |

I, Mark Walters, declare as follows:

1.      I am of legal age and sound mind and I am competent to make this declaration.

2.      I represent the Plaintiff, Christie Bowers, in this action.  I submit this declaration in Support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Withdrawal Counsel.

3.      Attached to this declaration, marked with the exhibit numbers below, are

WALTERS DECLARATION SUPPORTING PLAINTIFF'S REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
WITHDRAWAL COUNSEL
PAGE 1 OF 2

**WALTERS LAW FIRM PLLC**
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

true and correct copies of the following documents:

**Exhibit 1**   Plaintiff's Complaint in this action.

**Exhibit 2**   Letter dated January 24, 2008, from attorney Jeffrey E. Foster to SonoSite, Inc. with its enclosure, *with underlining and circling added by the undersigned to ease the Court's review of these materials.*

**Exhibit 3**   Copy of a letter from Wilson Lin, Custodian of Records for Juno, with excerpts of the relevant enclosures provided Juno's Records Custodian, *with circling added by the undersigned to ease the Court's review of these materials.*

**Exhibit 4**   Letter dated February 25, 2008, signed by Ms. Kathryn Surace-Smith, Vice President, General Counsel and Corporate Secretary of SonSite, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26TH day of March, 2010, in Seattle, Washington.


_____
Mark Walters

WALTERS DECLARATION SUPPORTING PLAINTIFF'S REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
WITHDRAWAL COUNSEL
PAGE 2 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

# Exhibit 1



══ FILED          ══ ENTERED
══ LODGED         ══ RECEIVED

DEC 05 2008    UK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY



**08-CV-01768-CMP**

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTIE BOWERS , <br><br>            Plaintiff, <br><br>   vs. <br><br> ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof, <br><br>          Defendant(s). | **NO. C 08-1768 RSm** <br><br> **COMPLAINT FOR VIOLATION OF ELECTRONIC COMMUNICATION PRIVACY ACT; WASHINGTON COMMUNICATIONS INTERCEPTION VIOLATION AND RIGHT OF PRIVACY** |

COMES NOW Plaintiff, by and through her attorney of record, Law Office of Greg Cavagnaro, and for her Complaint against the named defendants herein allege, asserts and claim as follow:

## I. PARTIES

1.1     Plaintiff is a resident of Pierce County Washington.

1.2     Defendants Robin Kletke and Robin Cohen are husband and wife, and all actions or omissions alleged herein were committed on behalf of each defendant individually and on behalf of the marital community. Defendants are residents of King County, Washington.

## II. JURISDICTION AND VENUE

2.1.    Plaintiff incorporates herein by reference all previous paragraphs.

2.2    This Court has jurisdiction and venue is proper because the defendants reside in King County, Washington and such claims asserted arise out of actions and conduct that occurred in King County, Washington.

2.3    The action arises in part under the Electronic Consumer Privacy Act - 18 U.S.C. Chapter 119 as hereinafter more fully appears.

## III. FACTS

3.1    Plaintiff incorporates herein by reference all previous paragraphs.

3.2    Plaintiff formerly showed purebred dogs and participated and assisted in the organization and related functions regarding purebred dog agility trials in Washington State, among other places.  On or about 2001 Plaintiff became acquainted with defendant Robin Kletke and Robin Cohen in connection with various dog agility competitions. Their relationship lead to Mr. Kletke and Ms. Cohen working for Ms. Bowers at agility trials.

3.3    Defendant Robin Kletke is a graduate of the University of Washington and has a B.S. in Applied Mathematics. For the last 20 years, he has developed extensive experience in software development and hardware/software design, prototype, debuging and integration. Most recently, he has been heavily involved in major software system architecture and hardware development.  In 1997, defendant Kletke founded Superior Software, Inc. (hereinafter "SSI") to coordinate consulting and custom software operations for multiple clients. Among the clients defendant Kletke and/or SSI have performed services for are the following: Lawrence Livermore National Lab; Boeing Aerospace; Physics Dept., Kansas State University; SonoSite Inc.; and Microsoft Corporation.

3.4    At all times material hereto, plaintiff maintained a private web-based email account with United Online, doing business as Juno.com (hereinafter "Juno").

3.5    On occasion, plaintiff and the defendants would send emails to each other concerning matters relating to various dog agility trials.

3.6    On or about September of 2007, plaintiff was advised that defendants had been secretly obtaining access to plaintiff's personal emails and email account without her knowledge.

3.7    Sometime afterwards, plaintiff contacted the Custodians of Records at Juno to determine if the defendants had in fact intercepted plaintiff's personal emails and obtained access to her email account with Juno. The Custodian of Records at Juno produced plaintiff's email account records from March 26 to November 26, 2007. During the aforementioned 6 month period, Juno records confirmed that the defendants surreptitiously obtained access to plaintiff's personal emails and email account, and had intercepted and viewed 139 emails without plaintiffs' knowledge.

3.8    On January 24, 2008 attorney Jeffrey Foster, counsel for plaintiff, wrote a letter to Mr. Scott Sanbeg at Sonosite Incorporated and advised Mr. Sanbeg that Juno had produced records indicating that "one or more individuals" had illegally accessed plaintiff's personal email account from an Internet Protocal ("IP") address associated with Sonosite servers on no less than forty three (43) separate occasions. Mr. Foster urged Sonosite to conduct an investigation to determine the identity of the individual "responsible for this illegal hacking activity".

3.9    After conducting an independent investigation, Kathryn Surace-Smith, Vice President and General Counsel of SonoSite confirmed in a February 25, 2008 correspondence to Mr. Foster that defendant Robin Kletke accessed plaintiffs email account from the company's servers on several occasions. In her letter, Ms. Surace-Smith stated that defendant Kletke's actions were outside the scope of engagement with Sono Site and that the company had taken steps to ensure that Mr. Kletke no longer has internet access while performing services for SonoSite.

3.10    On or about February of 2008, plaintiff filed an action against defendant Kletke

and Cohen in Pierce County District Court under Cause Number 84613439A seeking to stop defendants from intercepting and viewing her personal emails and email account by obtaining an Order For Protection From Unlawful Civil Harassment. After a February 19, 2008 hearing at which defendant Kletke and his at legal counsel attended, an Order for Protection was entered prohibiting defendant Kletke and defendant Cohen from intercepting, obtaining access, or viewing plaintiff's emails or email account.

3.11    Defendants unauthorized actions of accessing plaintiff's email account and viewing private emails have allowed the defendants to gain access to plaintiff's most sensitive financial, business and personal information. Such information includes but not limited to the following:

- Credit card numbers utilized for online purchases (Ebay, Amazon, Airlines )
- Merchant credit card statements (Best Buy, JoAnns, BillMeLater)
- Bank Statements
- Credit Report(s)
- Business Contracts
- Judging evaluation reports by AKC Field Reps
- Client Invoices
- Business opportunities
- Attorney-client communications
- Medical records and billing
- Personal communications with family and friends

**IV. FIRST CAUSE OF ACTION – VIOLATION OF ELECTRONIC COMMUNICATIONS PRIVACY ACT – 18 U.S.C. Chapter 119**

4.1    Plaintiff hereby incorporates herein all of the allegations set out above.

4.2    Defendants intentional and repeated unauthorized access to plaintiffs personal email(s) and email account over an extended period of time constitutes the unlawful interception and use of plaintiffs private electronic communication in violation of 18

U.S.C. Chapter 119.

4.3. Based on information and belief, defendants have disclosed the contents of plaintiff's private email communications to third persons in violation of 18 U.S.C. § 2520. Plaintiff has been damaged in an amount to be determined at trial.

## V. SECOND CAUSE OF ACTION - WASHINGTON COMMUNICATIONS INTERCEPTION VIOLATION – RCW 9.73.030

5.1      Plaintiffs hereby incorporates herein all of the allegations set out above.

5.2      Defendants intentional and repeated unauthorized access to plaintiffs email(s) and email account over an extended period of time constitutes the unlawful interception and use of plaintiff's private electronic communication in violation of RCW 9.73.030. Plaintiff has been damaged in an amount to be determined at trial.

## VI. THIRD CAUSE OF ACTION – VIOLATION OF RIGHT OF PRIVACY

6.1      Plaintiffs hereby incorporates herein all of the allegations set out above.

6.2      Based on information and belief, defendants have disclosed the contents of plaintiff's private email communications to third persons for the purpose of injuring the business and personal interests of plaintiff as well as her reputation. The aforementioned actions and omissions of the defendants constitute a violation of plaintiff's right of privacy. Plaintiff is entitled to damages in an amount to be determined at trial.

## VII. REQUESTS FOR RELIEF

WHEREFORE, Plaintiff prays for Judgment as follows:

A. That a permanent Injunction be entered to enjoin the Defendants from (a) engaging in any activities which result in the defendants obtaining access to plaintiff's email account; (b) engaging in any activities which result in the defendants obtaining access to plaintiff's

personal emails; and (c) preventing the defendants from divulging the contents or substance of plaintiffs personal emails including but not limited to information listed in paragraph 3.11 above.

B. That an Order awarding money damages, including punitive damages as may be authorized by statute.

C. That an award of reasonable attorney's and costs be entered against the defendants pursuant to the provisions of 18 U.S.C. § 2520 and RCW 9.73.060.

D. For such other and further relief as the court may permitted by law or which the Court deems equitable, appropriate or just.

DATED at Bellevue, Washington, this 5th day of December 2008.

Law Offices of Gregory Cavagnaro

Gregory Cavagnaro, WSBA # 17644
Attorney for Plaintiff

# Exhibit **2**



Pacific Building
720 3rd Ave. Suite 2010
Seattle, WA 98104

# FOSTER LAW OFFICES

Tel: (206) 903-1836
Fax: (206) 903-1837
www.fosterlawoffices.com

Jeffrey E. Foster
Attorney at Law
jeff@fosterlawoffices.com

January 24, 2008

Mr. Scott Sanbeg
Sonosite Incorporated
21919 30th Dr. SE
Bothell, WA 98021-3904

RE:  Notification of Computer Trespass – IP Address 206.169.230.3.

Dear Mr. Sanbeg:

This law office represents an individual named Christie Bowers. My client has provided me with verified documentation that one or more individuals have illegally accessed my client's personal email account from an Internet Protocol ("IP") address associated with Sonosite servers no less than forty three (43) separate occasions.

For your review, I have attached a verified history of IP addresses that have logged into my client's Juno email account: texdandy@juno.com. I have also attached information obtained from www.whatismyipaddress.com identifying the IP Address 206.169.230.3 as belonging to Sonosite under the hostname, cuba.sonosite.com. The aforementioned IP address is highlighted for your review in the attached Juno records.

This matter has been forwarded to the Pierce County Sheriff's office for criminal investigation under the Washington Computer Trespass statute (RCW 9A.152.110/120). Additionally, my client has requested that I file a civil lawsuit for invasion of privacy and other statutory and common law claims against the party or parties responsible for these acts.

Therefore, I am requesting that Sonosite conduct an investigation to determine the identity of the individual or individuals responsible for this illegal hacking activity. Please respond with your intention with respect to this matter within five (5) days of your receipt of this correspondence.

Should you have any questions, please don't hesitate to contact me directly at the number set forth above.

Very Truly Yours,

Jeffrey E. Foster
Attorney for Christie Bowers

CONFIDENTIAL
SONO 0070

What Is My IP Address? - IP Lookup Results                                    Page 1 of 1



# WhatIsMyIPAddress.com
### Dedicated to IP address discussion

My IP : Change IP : Hide IP : IP Lookup : Trace Email : Blacklist Check : IP Tools : FAQs : Forum : Web Resources : Polls

**Member Functions**                    *Ads by Google*  IP Tracking    Proxy List    IP Location    Tracer    DNS Address

Username  Password

[Login]    Register
           Lost password?

Ads by **Google**

**WhosOn Your Website?**
Track unique visitors on your web site via IP address. Free Trial.
www.WhosOn.com

**hide ip address**
Hide Your IP Address! Surf Anonymously. Free Trial.
GoTrusted.com

**Hide your ip address**
search the web anonymously amazing sofware to protect you
www.anonymous-ip.com

**IP Address Searches**
Run Unlimited IP Address Searches Reverse Search & All Public Records
www.Web-Detective.com

**Anonymous IP Address**
Learn about anonymous IP addresses at the leading IT community.
Security.ITtoolbox.com

## IP Lookup Results

Here are the results of your IP address lookup request. Please note that the accuracy of the Geo-Location information may be inaccurate. For US based IP addresses 85% of the results should be within 25 miles. To see how inaccurate view the poll results. Please take a moment to respond to the poll with how close the map is for you. Click the push-pin for the IP address's information. If you have any comments or suggestions please contact us.

A traceroute and a visual traceroute are also available through our IP Tools.

Lookup IP Address: 206.169.230.3

(206.169.230.3)    [ Lookup IP Address ]

**Hostname**

(cuba.sonosite.com)

**Geo-Location Information**

| | |
|---|---|
| Country | United States |
| State/Region | WA |
| City | Bothell |
| Postal Code | |
| Latitude | 47.7953 |
| Longitude | -122.2018 |
| Area Code | 425 |

**Geo-Location Map**



[ GoToMyPC ]

Last Updated Saturday, December 08 2007 @ 08:47 pm PST

Copyright © 2000-2008 DataStorm Information Systems
All trademarks and copyrights on this page are owned by their respective owners.

Contact - Site News - Privacy Policy - Terms and Conditions
Created this page in 0.32 seconds

**Support This Site**
If you find any part of this site useful please support the site by linking to us.

**IP Tools**
- IP Lookup
- Trace Email
- Traceroute
- Visual Traceroute
- IP to Hostname
- Hostname to IP
- Blacklist Check
- Proxy Test

**Related Articles**
- All FAQs
- IP Addresses
- Your IP Address
- Change Your IP
- Can they Find me?
- Internet Anonymity
- Banned?
- Proxy Servers
- Write Article

**Poll**
**How close is the map on the homepage?**

- ○ <1 mile
- ○ 1-10 miles
- ○ 11-25 miles
- ○ 26-100 miles
- ○ 100-250 miles
- ○ 250+ miles
- ○ Not Displayed

[Vote]  Results

36,537 votes | 39 comments

CONFIDENTIAL
SONO 0071

# Exhibit **3**





To:     Christie Bowers
From:   Wilson Lihn, Custodian of Records, United Online
Re:     Login records for texdandy@juno.com

Dear Ms. Bowers:

Attached are records you requested for your Juno account texdandy@juno.com.  These records are kept in the normal course of business for Juno, a United Online company.

Please feel free to call me if you have any questions about these records.

Regards,

Wilson Lihn
Custodian of Records
United Online
212-597-9647

CONFIDENTIAL
SONO 0003

1



November 27, 2007

IP:75.216.107.17
LOGIN_TIME:
20070621 18:59:58.346

20070621 07:16:08.199:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070621 04:46:23.132

20070622 16:15:29.871:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070622 15:44:57.520

20070622 07:33:12.924:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070622 07:01:36.105

20070623 00:01:05.318:
texdandy@juno.com
IP:74.33.253.174
LOGIN_TIME:
20070622 23:21:25.378

20070623 16:16:59.155:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070623 15:44:25.121

20070624 02:29:45.563:
texdandy@juno.com
IP:205.188.117.72
LOGIN_TIME:
20070624 01:54:16.232

20070624 23:05:26.430:
texdandy@juno.com
IP:74.33.253.174
LOGIN_TIME:
20070624 22:30:34.090

20070624 09:08:49.534:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070624 07:35:53.028

20070624 11:33:46.967:
texdandy@juno.com

IP:172.130.118.113
LOGIN_TIME:
20070624 10:58:13.698

20070624 07:57:24.839:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070624 07:57:24.829

20070625 23:01:31.423:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070625 23:00:50.769

20070625 19:06:06.295:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070625 18:35:38.440

20070626 17:04:08.511:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070626 17:04:08.429

20070626 20:26:02.175:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070626 20:26:01.916

20070627 04:22:17.486:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070627 04:22:17.417

20070626 17:10:05.011:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070626 16:44:57.327

20070626 15:14:07.767:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070626 12:33:18.994

20070626 20:37:57.682:
texdandy@juno.com

CONFIDENTIAL
SONO 0029



UNITED
ONLINE

November 27, 2007

IP:209.206.232.199
LOGIN_TIME:
20070626 20:37:57.662

20070627 05:40:09.372:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070627 05:09:33.562

20070626 18:24:09.304:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070626 18:23:40.519

20070626 20:27:57.189:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070626 19:31:00.382

20070626 23:55:55.680:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070626 20:28:09.406

20070627 04:30:59.822:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070627 01:29:19.844

20070627 14:04:11.422:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070627 13:34:05.116

20070627 15:45:21.237:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070627 14:31:04.975

20070627 21:02:55.784:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070627 18:35:47.728

20070627 15:44:29.631:
texdandy@juno.com

IP:206.169.230.3
LOGIN_TIME:
20070627 15:44:29.600

20070627 23:57:54.213:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070627 21:07:59.926

20070627 13:24:14.541:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070627 12:28:54.474

20070627 16:32:51.332:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070627 15:51:52.983

20070627 19:07:51.203:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070627 19:07:51.172

20070627 18:24:07.592:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070627 18:23:04.656

20070628 00:54:23.558:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070628 00:53:13.002

20070628 04:39:56.929:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070628 01:21:41.352

20070628 13:03:15.133:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070628 13:03:15.092

20070628 18:41:40.569:
texdandy@juno.com

● Page 28

CONFIDENTIAL
SONO 0030



November 27, 2007

IP:209.206.232.199
LOGIN_TIME:
20070701 23:51:52.078

20070701 23:53:17.170:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070701 23:53:17.138

20070702 04:45:43.176:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 03:42:52.722

20070702 23:52:49.250:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070701 23:52:49.236

20070701 23:54:55.063:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070701 23:54:55.019

20070701 23:51:01.711:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070701 23:51:01.700

20070702 19:56:21.991:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 18:59:23.548

20070702 20:18:29.751:
texdandy@juno.com
IP:206.169.230.3:
LOGIN_TIME:
20070702 20:15:54.967

20070703 01:55:24.432:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 22:56:25.062

20070702 22:53:22.814:
texdandy@juno.com

IP:209.206.232.199
LOGIN_TIME:
20070702 21:42:10.969

20070702 16:36:05.350:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 15:18:39.907

20070702 12:36:32.729:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 12:36:32.702

20070702 14:02:45.255:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 12:12:49.195

20070702 14:54:44.063:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 14:12:21.977

20070702 18:42:01.607:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070702 18:42:01.521

20070702 18:46:40.105:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 17:34:42.703

20070703 04:01:23.239:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070703 02:07:22.069

20070702 21:23:09.482:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070702 20:24:16.440

20070704 05:44:41.674:
texdandy@juno.com

● Page 30

CONFIDENTIAL
SONO 0032



November 27, 2007

IP:209.206.232.199
LOGIN_TIME:
20070704 03:35:32.212

20070703 22:40:48.967:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070703 21:35:16.041

20070704 03:13:11.328:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 02:32:13.649

20070703 14:49:30.915:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070703 14:12:47.835

20070703 18:44:55.147:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070703 18:42:37.973

20070704 04:57:51.699:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070704 04:57:51.676

20070703 13:50:34.082:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070703 12:23:37.560

20070704 02:22:56.109:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 00:04:12.946

20070704 15:58:43.809:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070704 15:57:16.623

20070705 03:27:52.326:
texdandy@juno.com

IP:209.206.232.199
LOGIN_TIME:
20070705 01:14:31.717

20070704 20:59:18.492:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070704 20:59:18.445

20070704 23:11:29.391:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 22:40:38.104

20070704 16:29:05.139:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070704 15:58:55.546

20070704 15:45:43.535:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 13:35:29.832

20070704 22:27:01.748:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 21:53:25.665

20070705 01:10:09.471:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 23:38:11.743

20070704 22:17:35.276:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 17:20:00.619

20070704 21:31:21.014:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070704 17:20:18.295

20070705 22:03:29.101:
texdandy@juno.com

CONFIDENTIAL
SONO 0033



November 27, 2007

**UNITED**
ONLINE

IP:209.206.232.199
LOGIN_TIME:
20070705 21:26:41.427

20070706 05:26:56.917:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070706 04:30:29.794

20070706 01:02:03.011:
texdandy@juno.com
IP:128.95.213.81
LOGIN_TIME:
20070706 00:31:46.609

20070705 17:43:31.157:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070705 17:43:31.111

20070705 17:45:39.300:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070705 16:53:32.337

20070705 23:16:17.059:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070705 22:27:34.662

20070705 13:26:07.000:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070705 12:14:25.392

20070705 19:00:09.934:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070705 17:55:14.362

20070706 04:19:39.386:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070706 03:38:41.516

20070707 00:05:49.913:
texdandy@juno.com

IP:209.206.232.199
LOGIN_TIME:
20070706 23:18:40.012

20070706 22:19:36.685:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070706 21:17:22.478

20070707 05:29:00.520:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070707 04:55:23.797

20070706 20:11:02.246:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070706 19:40:15.590

20070707 05:54:17.162:
texdandy@juno.com
IP:70.192.30.154
LOGIN_TIME:
20070707 05:50:55.381

20070706 12:53:12.205:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070706 12:19:45.700

20070706 14:41:32.536:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070706 13:14:52.135

20070707 02:13:30.779:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070707 00:35:52.408

20070706 07:18:08.129:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070706 07:13:22.358

20070707 13:36:06.450:
texdandy@juno.com

**CONFIDENTIAL
SONO 0034**

• Page 32



November 27, 2007

IP:209.206.232.199
LOGIN_TIME:
20070707 12:26:29.560

20070707 18:55:29.411:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070707 18:24:48.503

20070707 15:36:56.931:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070707 13:51:41.294

20070707 17:49:22.858:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070707 16:55:16.124

20070707 16:23:44.859:
texdandy@juno.com
IP:209.206.232.199
LOGIN_TIME:
20070707 15:49:59.352

20070708 03:28:21.497:
texdandy@juno.com
IP:76.105.246.215
LOGIN_TIME:
20070708 02:56:14.457

20070709 05:50:17.351:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070709 05:30:12.144

20070709 06:19:09.266:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070709 05:55:38.803

20070710 19:38:51.640:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070710 19:38:01.087

20070710 19:40:13.047:
texdandy@juno.com

IP:206.169.230.3
LOGIN_TIME:
20070710 19:39:14.702

20070710 19:42:04.912:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070710 19:41:39.061

20070710 19:41:16.772:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070710 19:40:25.926

20070711 15:31:45.377:
texdandy@juno.com
IP:64.12.116.137
LOGIN_TIME:
20070711 14:55:16.741

20070711 23:54:39.386:
texdandy@juno.com
IP:70.193.84.226
LOGIN_TIME:
20070711 23:20:38.798

20070711 18:33:38.553:
texdandy@juno.com
IP:71.40.3.214
LOGIN_TIME:
20070711 17:48:22.411

20070711 14:58:35.774:
texdandy@juno.com
IP:64.12.116.137
LOGIN_TIME:
20070711 14:58:35.763

20070712 13:31:40.113:
texdandy@juno.com
IP:71.40.3.214
LOGIN_TIME:
20070712 12:55:41.095

20070713 13:00:42.261:
texdandy@juno.com
IP:71.40.3.214
LOGIN_TIME:
20070713 12:25:55.172

20070714 13:01:28.530:
texdandy@juno.com

CONFIDENTIAL
SONO 0035



November 27, 2007

IP:71.40.3.214
LOGIN_TIME:
20070714 12:27:34.320

20070714 23:06:18.500:
texdandy@juno.com
IP:70.2.151.173
LOGIN_TIME:
20070714 22:33:34.507

20070716 18:17:24.580:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070716 17:46:03.489

20070716 15:13:29.743:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070716 15:13:29.317

20070716 15:54:08.756:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070716 14:50:57.083

20070717 14:19:29.255:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070717 13:46:58.785

20070717 07:33:46.254:
texdandy@juno.com
IP:71.112.24.36
LOGIN_TIME:
20070717 06:54:55.765

20070717 20:06:58.248:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070717 19:34:40.573

20070717 21:37:24.153:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070717 21:07:17.495

20070718 02:53:21.333:
texdandy@juno.com

IP:24.221.229.179
LOGIN_TIME:
20070718 02:20:28.678

20070719 02:01:27.930:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070719 01:30:29.003

20070718 15:38:16.550:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070718 15:08:15.276

20070718 14:19:28.246:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070718 13:49:17.465

20070719 11:00:39.231:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070719 10:29:34.544

20070720 01:29:44.304:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070720 00:57:14.119

20070720 16:49:36.209:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070720 16:49:25.616

20070720 16:48:50.183:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070720 16:44:50.119

20070720 10:10:02.364:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070720 09:39:15.160

20070720 16:44:37.229:
texdandy@juno.com

• Page 34

CONFIDENTIAL
SONO 0036



November 27, 2007

IP:206.169.230.3
LOGIN_TIME:
20070720 16:42:37.670

20070722 02:10:24.608:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070722 01:36:41.546

20070721 10:38:08.167:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070721 10:05:36.076

20070721 07:11:08.901:
texdandy@juno.com
IP:75.216.204.15
LOGIN_TIME:
20070721 06:37:38.719

20070722 10:46:37.128:
texdandy@juno.com
IP:24.221.229.179
LOGIN_TIME:
20070722 10:12:58.108

20070724 04:08:41.673:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070724 04:06:35.022

20070724 13:52:13.365:
texdandy@juno.com
IP:168.103.77.46
LOGIN_TIME:
20070724 13:11:01.791

20070725 23:39:51.998:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070725 23:09:24.800

20070725 22:33:01.710:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070725 22:33:01.696

20070725 23:03:35.643:
texdandy@juno.com

IP:207.118.3.53
LOGIN_TIME:
20070725 22:20:54.760

20070726 03:36:41.851:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 02:50:20.285

20070726 01:43:46.135:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 00:56:03.196

20070726 15:10:43.673:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 15:10:43.597

20070726 22:43:45.881:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 21:53:36.404

20070726 23:17:54.687:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 22:45:10.848

20070726 21:49:32.880:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 20:53:54.047

20070727 04:25:38.333:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070727 00:30:33.010

20070726 16:57:09.791:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070726 14:14:19.021

20070727 06:04:26.099:
texdandy@juno.com

CONFIDENTIAL
SONO 0037



November 27, 2007

IP:207.118.3.53
LOGIN_TIME:
20070729 23:52:37.860

20070729 18:01:58.299:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070729 15:16:00.164

20070729 15:13:28.984:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070729 13:42:49.903

20070730 04:44:16.631:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070730 02:17:24.977

20070731 05:47:55.408:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070731 04:28:25.172

20070730 22:36:28.086:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070730 22:36:28.031

20070731 00:10:17.376:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070730 23:12:40.800

20070730 21:40:50.775:
texdandy@juno.com
IP:70.193.37.44
LOGIN_TIME:
20070730 21:40:50.761

20070730 21:43:42.494:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070730 21:21:18.379

20070730 23:10:20.005:
texdandy@juno.com

IP:71.231.215.156
LOGIN_TIME:
20070730 22:32:45.190

20070730 21:27:08.867:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070730 21:27:08.856

20070731 04:51:54.278:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070731 04:51:54.265

20070730 14:57:15.922:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070730 14:57:15.846

20070730 22:19:11.430:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070730 21:48:44.670

20070731 04:50:46.972:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070731 04:50:46.938

20070730 15:32:41.407:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070730 13:36:11.348

20070730 18:57:58.405:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070730 18:03:25.443

20070731 04:59:17.417:
texdandy@juno.com
IP:207.118.3.53
LOGIN_TIME:
20070731 04:59:17.406

20070730 17:33:44.979:
texdandy@juno.com

• Page 37

CONFIDENTIAL
SONO 0039



November 27, 2007

IP:206.169.230.3
LOGIN_TIME:
20070730 17:32:01.069

20070731 01:36:01.170:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070731 01:03:54.679

20070731 20:41:56.105:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070731 19:40:01.129

20070801 03:53:56.719:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 03:02:55.726

20070801 03:00:18.698:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 01:59:06.971

20070731 15:31:48.504:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070731 13:51:32.243

20070801 00:02:17.104:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070731 23:31:26.319

20070801 21:11:31.332:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 20:30:37.507

20070802 02:05:36.888:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070802 02:05:36.857

20070801 15:46:38.521:
texdandy@juno.com

IP:206.169.230.3
LOGIN_TIME:
20070801 15:46:38.474

20070802 04:35:13.670:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070802 03:19:29.690

20070802 03:14:10.584:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070802 01:35:54.419

20070801 20:09:52.836:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 17:18:33.927

20070801 19:10:10.565:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 19:10:10.545

20070802 05:38:21.832:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070802 05:08:17.682

20070801 15:48:09.556:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 14:15:54.148

20070801 22:55:23.113:
texdandy@juno.com
IP:75.216.130.248
LOGIN_TIME:
20070801 22:52:57.720

20070801 16:17:13.274:
texdandy@juno.com
IP:209.206.232.218
LOGIN_TIME:
20070801 16:17:13.229

20070801 16:56:15.612:
texdandy@juno.com

CONFIDENTIAL
SONO 0040

● Page 38



November 27, 2007

**UNITED**
ONLINE

IP:207.118.94.82
LOGIN_TIME:
20070808 15:29:33.354

20070808 23:46:58.133:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070808 23:44:06.537

20070808 17:42:10.353:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070808 17:41:31.055

20070808 15:24:34.329:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070808 15:24:34.226

20070809 04:05:12.419:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070809 04:04:38.487

20070808 15:27:05.210:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070808 15:19:45.070

20070808 15:10:38.091:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070808 15:10:37.938

20070808 15:15:11.454:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070808 14:38:54.778

20070808 14:01:53.526:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070808 12:19:29.825

20070810 02:24:29.855:
texdandy@juno.com

IP:71.102.102.147
LOGIN_TIME:
20070810 02:04:12.489

20070809 16:39:40.156:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070809 16:38:29.164

20070810 01:32:37.765:
texdandy@juno.com
IP:64.12.116.137
LOGIN_TIME:
20070810 01:06:22.771

20070809 21:32:06.975:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070809 21:11:30.827

20070810 14:45:27.468:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070810 14:44:11.665

20070810 21:26:30.291:
texdandy@juno.com
IP:64.12.116.137
LOGIN_TIME:
20070810 21:05:42.089

20070811 05:29:43.514:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070811 05:29:11.579

20070812 05:06:04.090:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070812 05:05:36.407

20070812 23:17:27.264:
texdandy@juno.com
IP:205.188.116.137
LOGIN_TIME:
20070812 22:46:05.071

20070813 03:39:07.801:
texdandy@juno.com

**CONFIDENTIAL
SONO 0043**

● Page 41



November 27, 2007

IP:71.102.102.147
LOGIN_TIME:
20070813 03:18:40.376

20070812 22:52:16.324:
texdandy@juno.com
IP:205.188.116.137
LOGIN_TIME:
20070812 22:52:16.313

20070813 20:08:47.572:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070813 20:08:47.551

20070814 02:33:35.097:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 02:12:19.394

20070814 04:33:59.590:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 03:36:28.498

20070814 03:21:28.533:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 02:43:09.540

20070813 22:51:04.619:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070813 21:15:03.447

20070813 20:09:49.620:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070813 19:11:29.033

20070814 00:55:24.656:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 00:13:56.344

20070813 20:08:16.155:
texdandy@juno.com

IP:206.169.230.3
LOGIN_TIME:
20070813 20:08:16.129

20070814 02:08:30.764:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 01:24:03.227

20070813 21:06:45.932:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070813 20:10:12.427

20070813 23:40:48.977:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070813 23:00:03.123

20070815 04:10:40.905:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070815 03:25:32.749

20070814 22:09:51.375:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070814 20:53:07.907

20070814 20:38:48.196:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070814 20:05:43.468

20070815 03:14:04.360:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070815 02:37:49.063

20070814 12:40:38.571:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070814 12:09:25.439

20070815 06:26:15.029:
texdandy@juno.com

CONFIDENTIAL
SONO 0044

● Page 42



November 27, 2007

IP:71.102.102.147
LOGIN_TIME:
20070821 05:27:13.347

20070820 22:57:33.564:
texdandy@juno.com
IP:70.193.171.126
LOGIN_TIME:
20070820 22:54:40.955

20070821 13:54:35.580:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070821 13:54:35.523

20070822 05:05:15.122:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070822 03:55:52.516

20070821 22:33:12.838:
texdandy@juno.com
IP:70.193.43.238
LOGIN_TIME:
20070821 22:32:44.496

20070821 17:36:22.829:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070821 17:32:35.505

20070822 04:18:51.672:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070822 04:18:51.655

20070821 14:39:01.847:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070821 12:23:20.445

20070821 17:40:47.165:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070821 17:40:01.434

20070821 21:42:28.102:
texdandy@juno.com

IP:71.231.215.156
LOGIN_TIME:
20070821 21:20:22.930

20070821 20:23:47.095:
texdandy@juno.com
IP:70.193.43.238
LOGIN_TIME:
20070821 20:23:47.042

20070821 20:34:07.573:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070821 18:48:52.413

20070821 14:00:18.648:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070821 14:00:17.920

20070821 12:24:59.515:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070821 12:24:59.461

20070822 01:06:28.662:
texdandy@juno.com
IP:207.118.94.82
LOGIN_TIME:
20070822 00:21:26.411

20070821 17:39:47.903:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070821 17:38:32.543

20070821 23:01:12.128:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070821 22:38:07.217

20070821 17:38:20.355:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070821 17:36:30.096

20070822 15:19:21.309:
texdandy@juno.com

CONFIDENTIAL
SONO 0046

● Page 44



November 27, 2007

IP:207.118.0.160
LOGIN_TIME:
20070903 18:14:24.922

20070903 16:31:32.925:
texdandy@juno.com
IP:207.118.0.160
LOGIN_TIME:
20070903 15:56:34.960

20070904 13:49:15.422:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070904 13:49:15.393

20070904 23:13:21.247:
texdandy@juno.com
IP:70.193.194.74
LOGIN_TIME:
20070904 23:11:30.296

20070904 13:53:58.539:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070904 12:15:48.547

20070904 17:05:35.166:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070904 17:05:30.047

20070905 04:03:57.005:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070905 02:30:19.645

20070904 14:50:36.738:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070904 14:28:07.179

20070905 01:15:06.646:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070905 00:50:43.521

20070905 00:43:54.713:
texdandy@juno.com

IP:71.102.102.147
LOGIN_TIME:
20070905 00:43:31.346

20070904 14:18:32.655:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070904 13:57:11.965

20070904 16:03:34.126:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070904 16:03:15.097

20070904 16:55:32.961:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070904 16:55:26.006

20070904 16:55:04.135:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070904 16:54:38.814

20070904 15:43:46.246:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070904 15:20:18.470

20070905 00:24:27.133:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070904 23:33:49.855

20070905 13:12:45.321:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070905 12:34:22.936

20070906 01:08:47.505:
texdandy@juno.com
IP:71.231.215.156
LOGIN_TIME:
20070905 22:38:09.085

20070905 14:36:01.624:
texdandy@juno.com

CONFIDENTIAL
SONO 0052



November 27, 2007

IP:71.231.208.6
LOGIN_TIME:
20070912 18:16:52.171

20070913 02:51:03.448:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070913 02:13:42.548

20070912 21:54:30.955:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070912 21:34:21.890

20070913 00:08:51.060:
texdandy@juno.com
IP:70.192.94.194
LOGIN_TIME:
20070913 00:08:50.980

20070913 00:12:34.401:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070912 23:49:46.219

20070913 00:56:43.733:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070913 00:16:31.116

20070912 15:25:18.691:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070912 14:42:20.219

20070912 17:40:12.867:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070912 17:37:34.152

20070913 00:36:35.623:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070913 00:36:35.591

20070912 23:39:56.632:
texdandy@juno.com

IP:71.231.208.6
LOGIN_TIME:
20070912 21:57:13.978

20070912 20:58:15.038:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070912 20:37:14.342

20070913 12:14:12.316:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070913 11:53:03.543

20070913 23:33:14.047:
texdandy@juno.com
IP:71.231.208.6
LOGIN_TIME:
20070913 22:23:50.852

20070913 13:10:38.724:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070913 12:36:21.973

20070913 14:58:29.818:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070913 13:37:55.193

20070914 05:54:02.997:
texdandy@juno.com
IP:207.118.92.100
LOGIN_TIME:
20070914 05:15:18.271

20070913 23:31:42.303:
texdandy@juno.com
IP:75.216.208.155
LOGIN_TIME:
20070913 23:31:42.291

20070914 00:37:46.870:
texdandy@juno.com
IP:71.102.102.147
LOGIN_TIME:
20070914 00:36:02.685

20070914 02:24:33.940:
texdandy@juno.com

CONFIDENTIAL
SONO 0056





November 27, 2007

IP:209.206.225.47
LOGIN_TIME:
20070922 17:32:47.558

20070922 18:21:43.784:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070922 18:21:43.750

20070922 18:49:41.277:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070922 18:21:38.649

20070922 20:29:00.410:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070922 20:08:57.856

20070923 23:06:12.257:
texdandy@juno.com
IP:24.16.210.231
LOGIN_TIME:
20070923 23:06:12.180

20070923 22:35:27.730:
texdandy@juno.com
IP:24.16.210.231
LOGIN_TIME:
20070923 22:15:26.037

20070924 12:56:54.381:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070924 12:15:44.282

20070924 13:38:30.836:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070924 13:09:07.789

20070924 16:13:59.516:
texdandy@juno.com
IP:24.16.210.231
LOGIN_TIME:
20070924 15:48:40.338

20070924 12:33:51.466:
texdandy@juno.com

IP:209.206.225.47
LOGIN_TIME:
20070924 12:33:51.085

20070925 02:35:10.425:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070925 02:04:58.846

20070925 17:41:41.193:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070925 17:19:18.695

20070925 17:19:00.831:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070925 16:40:34.143

20070925 19:42:41.006:
texdandy@juno.com
IP:206.169.230.3
LOGIN_TIME:
20070925 19:41:02.039

20070925 22:40:48.682:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070925 22:10:20.021

20070926 01:52:06.776:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070926 01:29:28.411

20070925 16:57:07.232:
texdandy@juno.com
IP:67.210.205.191
LOGIN_TIME:
20070925 16:57:06.973

20070926 16:14:10.370:
texdandy@juno.com
IP:209.206.225.47
LOGIN_TIME:
20070926 15:51:58.491

20070927 05:32:23.127:
texdandy@juno.com

CONFIDENTIAL
SONO 0061

● Page 59

| LOGIN_DATE | LOGOFF_DATE | USER_NAME | IP_ADDRESS |
|---|---|---|---|
| 10/1/2007 16:10 | 10/1/2007 17:58 | texdandy@juno.com | 209.206.225.47 |
| 10/1/2007 19:39 | 10/1/2007 20:01 | texdandy@juno.com | 24.16.210.231 |
| 10/1/2007 21:18 | 10/1/2007 21:19 | texdandy@juno.com | 206.169.230.3 |
| 10/1/2007 21:19 | 10/1/2007 21:20 | texdandy@juno.com | 206.169.230.3 |
| 10/1/2007 21:20 | 10/1/2007 21:21 | texdandy@juno.com | 206.169.230.3 |
| 10/1/2007 23:07 | 10/1/2007 23:34 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 1:02 | 10/2/2007 1:25 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 1:26 | 10/2/2007 2:02 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 3:28 | 10/2/2007 4:05 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 12:05 | 10/2/2007 13:13 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 19:27 | 10/2/2007 20:21 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 20:53 | 10/2/2007 21:15 | texdandy@juno.com | 209.206.225.47 |
| 10/2/2007 22:08 | 10/2/2007 23:10 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 2:18 | 10/3/2007 4:17 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 12:09 | 10/3/2007 12:30 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 12:50 | 10/3/2007 13:11 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 13:39 | 10/3/2007 13:59 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 14:28 | 10/3/2007 14:48 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 15:37 | 10/3/2007 16:01 | texdandy@juno.com | 209.206.225.47 |
| 10/3/2007 19:56 | 10/3/2007 20:34 | texdandy@juno.com | 24.16.210.231 |
| 10/3/2007 20:34 | 10/3/2007 21:07 | texdandy@juno.com | 24.16.210.231 |
| 10/3/2007 21:51 | 10/3/2007 22:27 | texdandy@juno.com | 24.16.210.231 |
| 10/3/2007 22:42 | 10/3/2007 23:02 | texdandy@juno.com | 24.16.210.231 |
| 10/3/2007 23:08 | 10/3/2007 23:55 | texdandy@juno.com | 24.16.210.231 |
| 10/4/2007 0:13 | 10/4/2007 0:33 | texdandy@juno.com | 24.16.210.231 |
| 10/4/2007 2:12 | 10/4/2007 3:08 | texdandy@juno.com | 209.206.225.47 |
| 10/4/2007 3:33 | 10/4/2007 4:02 | texdandy@juno.com | 209.206.225.47 |
| 10/4/2007 4:08 | 10/4/2007 4:47 | texdandy@juno.com | 209.206.225.47 |
| 10/5/2007 7:17 | 10/5/2007 7:19 | texdandy@juno.com | 71.112.92.198 |
| 10/8/2007 5:11 | 10/8/2007 5:52 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 14:02 | 10/8/2007 14:24 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 14:28 | 10/8/2007 15:46 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 16:12 | 10/8/2007 17:29 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 17:41 | 10/8/2007 18:08 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 18:11 | 10/8/2007 18:45 | texdandy@juno.com | 209.206.225.47 |
| 10/8/2007 23:41 | 10/9/2007 0:02 | texdandy@juno.com | 209.206.225.47 |
| 10/9/2007 2:56 | 10/9/2007 3:20 | texdandy@juno.com | 209.206.225.47 |
| 10/9/2007 4:07 | 10/9/2007 5:02 | texdandy@juno.com | 209.206.225.47 |
| 10/9/2007 5:37 | 10/9/2007 5:57 | texdandy@juno.com | 209.206.225.47 |
| 10/9/2007 13:46 | 10/9/2007 15:18 | texdandy@juno.com | 209.206.225.47 |
| 10/9/2007 22:00 | 10/9/2007 22:46 | texdandy@juno.com | 24.16.210.231 |
| 10/9/2007 22:50 | 10/9/2007 23:21 | texdandy@juno.com | 24.16.210.231 |
| 10/10/2007 0:59 | 10/10/2007 2:14 | texdandy@juno.com | 209.206.225.47 |
| 10/10/2007 2:20 | 10/10/2007 3:30 | texdandy@juno.com | 209.206.225.47 |
| 10/10/2007 12:06 | 10/10/2007 12:27 | texdandy@juno.com | 209.206.225.47 |
| 10/10/2007 12:34 | 10/10/2007 13:13 | texdandy@juno.com | 209.206.225.47 |
| 10/10/2007 13:45 | 10/10/2007 14:47 | texdandy@juno.com | 209.206.225.47 |
| 10/10/2007 14:58 | 10/10/2007 16:02 | texdandy@juno.com | 209.206.225.47 |

CONFIDENTIAL
SONO 0063



**UNITED**
ONLINE

November 27, 2007

| | | | |
|---|---|---|---|
| 10/10/2007 21:32 | 10/10/2007 23:05 | texdandy@juno.com | 24.16.210.231 |
| 10/10/2007 23:26 | 10/11/2007 0:03 | texdandy@juno.com | 24.16.210.231 |
| 10/11/2007 2:35 | 10/11/2007 4:25 | texdandy@juno.com | 209.206.225.47 |
| 10/11/2007 12:00 | 10/11/2007 12:22 | texdandy@juno.com | 209.206.225.47 |
| 10/11/2007 12:53 | 10/11/2007 13:34 | texdandy@juno.com | 209.206.225.47 |
| 10/13/2007 16:37 | 10/13/2007 17:05 | texdandy@juno.com | 205.188.116.137 |
| 10/13/2007 16:37 | 10/13/2007 17:05 | texdandy@juno.com | 205.188.116.137 |
| 10/14/2007 16:47 | 10/14/2007 17:46 | texdandy@juno.com | 209.206.225.47 |
| 10/14/2007 18:04 | 10/14/2007 18:25 | texdandy@juno.com | 209.206.225.47 |
| 10/14/2007 18:52 | 10/14/2007 19:13 | texdandy@juno.com | 209.206.225.47 |
| 10/14/2007 22:14 | 10/14/2007 22:35 | texdandy@juno.com | 209.206.225.47 |
| 10/14/2007 22:43 | 10/14/2007 23:03 | texdandy@juno.com | 209.206.225.47 |
| 10/14/2007 23:23 | 10/14/2007 23:44 | texdandy@juno.com | 209.206.225.47 |
| 10/15/2007 0:05 | 10/15/2007 0:25 | texdandy@juno.com | 209.206.225.47 |
| 10/15/2007 0:33 | 10/15/2007 0:55 | texdandy@juno.com | 209.206.225.47 |
| 10/15/2007 0:57 | 10/15/2007 2:33 | texdandy@juno.com | 209.206.225.47 |
| 10/15/2007 3:22 | 10/15/2007 3:42 | texdandy@juno.com | 209.206.225.47 |
| 10/15/2007 11:46 | 10/15/2007 12:06 | texdandy@juno.com | 207.118.63.190 |
| 10/15/2007 12:32 | 10/15/2007 12:53 | texdandy@juno.com | 207.118.63.190 |
| 10/15/2007 12:57 | 10/15/2007 13:17 | texdandy@juno.com | 207.118.63.190 |
| 10/15/2007 15:09 | 10/15/2007 16:09 | texdandy@juno.com | 24.16.210.231 |
| 10/15/2007 20:43 | 10/15/2007 21:06 | texdandy@juno.com | 71.36.38.9 |
| 10/16/2007 1:38 | 10/16/2007 2:57 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 3:02 | 10/16/2007 3:43 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 12:04 | 10/16/2007 12:25 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 12:27 | 10/16/2007 12:50 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 12:50 | 10/16/2007 13:10 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 13:12 | 10/16/2007 14:29 | texdandy@juno.com | 207.118.63.190 |
| 10/16/2007 14:54 | 10/16/2007 15:14 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 1:43 | 10/17/2007 3:24 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 3:47 | 10/17/2007 4:08 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 12:29 | 10/17/2007 13:40 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 13:41 | 10/17/2007 16:38 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 16:38 | 10/17/2007 17:11 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 17:13 | 10/17/2007 17:36 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 18:54 | 10/17/2007 19:54 | texdandy@juno.com | 207.118.63.190 |
| 10/17/2007 21:53 | 10/17/2007 22:32 | texdandy@juno.com | 24.16.210.231 |
| 10/17/2007 22:48 | 10/17/2007 23:28 | texdandy@juno.com | 24.16.210.231 |
| 10/17/2007 23:40 | 10/18/2007 0:15 | texdandy@juno.com | 24.16.210.231 |
| 10/18/2007 0:19 | 10/18/2007 1:07 | texdandy@juno.com | 24.16.210.231 |
| 10/18/2007 2:11 | 10/18/2007 4:50 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 12:36 | 10/18/2007 13:18 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 13:28 | 10/18/2007 15:01 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 15:09 | 10/18/2007 15:34 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 16:00 | 10/18/2007 16:33 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 16:35 | 10/18/2007 18:03 | texdandy@juno.com | 207.118.63.190 |
| 10/18/2007 22:50 | 10/18/2007 22:53 | texdandy@juno.com | 206.169.230.3 |
| 10/18/2007 22:53 | 10/18/2007 23:14 | texdandy@juno.com | 206.169.230.3 |
| 10/18/2007 23:55 | 10/19/2007 1:01 | texdandy@juno.com | 207.118.11.166 |

CONFIDENTIAL
SONO 0064

November 27, 2007



| | | | |
|---|---|---|---|
| 11/9/2007 15:46 | 11/9/2007 17:01 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 20:37 | 11/9/2007 20:38 | texdandy@juno.com | 206.169.230.3 |
| 11/9/2007 20:38 | 11/9/2007 20:39 | texdandy@juno.com | 206.169.230.3 |
| 11/9/2007 22:13 | 11/9/2007 23:02 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 23:04 | 11/9/2007 23:04 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 23:06 | 11/9/2007 23:14 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 23:15 | 11/9/2007 23:22 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 23:24 | 11/9/2007 23:55 | texdandy@juno.com | 207.118.94.88 |
| 11/9/2007 23:59 | 11/10/2007 0:02 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 0:10 | 11/10/2007 0:30 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 1:35 | 11/10/2007 1:36 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 1:37 | 11/10/2007 2:40 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 2:58 | 11/10/2007 3:41 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 5:10 | 11/10/2007 5:34 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 14:02 | 11/10/2007 14:04 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 14:20 | 11/10/2007 14:53 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 15:52 | 11/10/2007 16:12 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 16:59 | 11/10/2007 17:20 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 22:01 | 11/10/2007 22:21 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 22:27 | 11/10/2007 22:48 | texdandy@juno.com | 207.118.94.88 |
| 11/10/2007 23:42 | 11/11/2007 0:15 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 0:22 | 11/11/2007 1:03 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 1:16 | 11/11/2007 1:36 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 5:27 | 11/11/2007 6:16 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 15:49 | 11/11/2007 16:12 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 16:12 | 11/11/2007 16:21 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 16:29 | 11/11/2007 17:02 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 17:18 | 11/11/2007 17:49 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 17:50 | 11/11/2007 18:12 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 18:58 | 11/11/2007 19:32 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 21:01 | 11/11/2007 21:22 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 21:25 | 11/11/2007 21:45 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 22:19 | 11/11/2007 22:47 | texdandy@juno.com | 207.118.94.88 |
| 11/11/2007 23:10 | 11/11/2007 23:59 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 0:22 | 11/12/2007 1:00 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 1:15 | 11/12/2007 1:58 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 2:00 | 11/12/2007 2:47 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 2:55 | 11/12/2007 3:35 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 3:43 | 11/12/2007 4:11 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 4:35 | 11/12/2007 4:56 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 5:10 | 11/12/2007 5:36 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 15:38 | 11/12/2007 17:25 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 17:26 | 11/12/2007 17:46 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 17:57 | 11/12/2007 18:01 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 18:02 | 11/12/2007 18:32 | texdandy@juno.com | 207.118.94.88 |
| 11/12/2007 20:45 | 11/12/2007 21:34 | texdandy@juno.com | 67.168.94.38 |
| 11/12/2007 21:39 | 11/12/2007 22:42 | texdandy@juno.com | 67.168.94.38 |
| 11/12/2007 22:44 | 11/13/2007 0:11 | texdandy@juno.com | 67.168.94.38 |
| 11/13/2007 0:20 | 11/13/2007 0:42 | texdandy@juno.com | 67.168.94.38 |

CONFIDENTIAL
SONO 0067

# Exhibit **4**

 **SonoSite**

*The World Leader In Hand-Carried Ultrasound*

SonoSite, Inc.
21919 30th Drive SE
Bothell, WA 98021-3904 USA

Telephone: 1.425.951.1200
Facsimile:  1.425.951.1201
www.sonosite.com

February 25, 2008

Mr. Jeffrey E. Foster
Foster Law Offices
720 Third Avenue, Suite 2010
Seattle, WA 98104

Re:    Notification of Alleged Computer Trespass

Dear Mr. Foster:

This letter is to follow up on my letter of February 5 concerning our internal investigation of the allegations in your letter dated January 24.

SonoSite has concluded its investigation and has confirmed that Mr. Robin Kletke, an independent contractor engaged by SonoSite, accessed your client's personal email account from the company's servers on several occasions. This was obviously outside Mr. Kletke's scope of engagement by SonoSite. We have taken steps to ensure that Mr. Kletke no longer has internet access while performing services for SonoSite.

This concludes our investigation. If you have any further questions, please contact me directly.

Very truly yours,

*Kathy Surace-Smith*

Kathryn Surace-Smith
Vice President, General Counsel and Corporate Secretary

cc: Warren Rheaume, Esq., Heller Ehrman

CONFIDENTIAL
SONO 0144