**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CHRISTIE BOWERS,**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,**<br><br>                    **Defendants.** | **NO. C08-1768 RSM**<br><br>**PLAINTIFF'S CORRECTED REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL**<br><br>**NOTED ON MOTION DOCKET: MARCH 26, 2010** |

> Counsel for Plaintiff files this Corrected Reply to Defendants' Opposition To Plaintiff's Motion To Withdrawal Counsel to correct an error in the final sentence of the original submission where counsel incorrectly referred to **Defendants**' Initial Disclosure rather than **Plaintiff's** Initial Disclosure.
>
> Counsel regrets and apologizes for this error and any confusion it may have caused.

In an effort to keep Gregory Cavagnaro in this case as Plaintiff's counsel of record, the Defendants' Opposition to Plaintiff's Motion to Withdrawal Counsel incorrectly suggests that the plaintiff lacks evidence that shows the defendants accessed her online email

CORRECTED REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL
PAGE 1 OF 4

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

account with www.juno.com, an "electronic communication service" as that term is defined by 18 USC § 2510(15) and an "electronic communications system" as defined by 18 USC § 2510(14). In particular, the defendants ignore portions of the Compliant alleging unauthorized access to her online **email account**.

Paragraph 3.7 of Ms. Bower's Complaint states:

> . . . . **plaintiff contacted the Custodians of Records at Juno to determine if the defendants had in fact** intercepted plaintiff's personal emails and **obtained access to her email account with Juno**. **The Custodian of Records at Juno produced plaintiffs email account records from March 26 to November 26, 2007**. During the aforementioned 6 month period, **Juno records confirmed that the defendants surreptitiously obtained access to plaintiff' s** personal emails **and email account**, and had intercepted and viewed 139 emails without plaintiffs' knowledge.

(Attached as **Exhibit 1** to Walters Decl. in Support of Reply to Defendants' Opposition to Motion to Withdrawal Counsel ("Walters Reply Decl."); Bold emphasis added)).

Paragraph 3.7 of her Complaint states:

> After conducting an independent investigation, Kathryn Surace-Smith, Vice President and General Counsel of SonoSite **confirmed in a February 25, 2008 correspondence to Mr. Foster that defendant Robin Kletke accessed plaintiffs email account from the company's servers on several occasions**. . . .

(**Exhibit 1** to Walters Reply Decl.; Bold emphasis added)).

These allegations in the Complaint allege that the defendants accessed her online **email account** on multiple occasions, and these facts are verified by Juno's records and by SonoSite. Inc.

Attached as **Exhibit 2** to Walters Reply Decl., is a copy of a January 24, 2008 letter with its enclosure from attorney Jeffrey E. Foster to SonoSite, Inc. In this letter, Mr. Foster explains that he verified "IP Address 206.169.230.3" as belonging to SonoSite, Inc. under the host name "cuba.sonosite.com." (See page 2 of **Exhibit 2** to Walters Reply Decl.).

CORRECTED REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL
PAGE 2 OF 4

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

Attached as **Exhibit 3 t**o Walters Reply Decl. is a true and correct copy of a letter Ms. Bowers received from the Records Custodian for Juno and excerpts from the documents Juno produced. These documents show access to Ms. Bower's www.juno.com email account from SonoSite's IP Address 206.169.230.3, and SonoSite, Inc. confirmed these facts.

Attached as **Exhibit 4** to Walters Reply Decl. is a letter dated February 25, 2008, signed by Ms. Kathryn Surace-Smith, Vice President, General Counsel and Corporate Secretary of SonSite, Inc., which states:

> **SonoSite has concluded its investigation and has confirmed that Mr. Robin Kletke, an independent contractor engaged by SonoSite, accessed your client's personal email account from the company's servers on several occasions**. This was obviously outside Mr. Kletke's scope of engagement by SonoSite. We have taken steps to ensure that Mr. Kletke no longer has internet access while performing services for SonoSite.

(Bold emphasis added).

Therefore, it is incorrect for the defendants to suggest that Plaintiff does not possess evidence that they accessed her www.juno.com email account on multiple occasions without her permission in violation of the Electronic Communications Privacy Act of 1986. 18 U.S.C. §§ 2701, 2707 and 2720. And, while it may be true that the Plaintiff does not currently have evidence of the actual emails the defendants viewed because the Plaintiff has not yet taken the defendants' depositions, Plaintiff should be able to obtain this evidence, *to the extent it is necessary to prove her claims*, from the defendants during their depositions or from third party witnesses identified in **Plaintiff's** Initial Disclosure.[1]

---

[1] Counsel for plaintiff incorrectly referred to Defendants' Initial Disclosure in her prior submission.

| | |
|---|---|
| **CORRECTED REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL**<br>**PAGE 3 OF 4** | **WALTERS LAW FIRM PLLC**<br>1411 Fourth Avenue \| Suite 75<br>Seattle \| WA \| 98101<br>206.254.0444 |

1  The Plaintiffs' Motion to terminate Mr. Cavagnaro's official representation of Ms.
2  Bowers should be granted.

3  Dated: March 29, 2010.    WALTERS LAW FIRM PLLC

_____
Mark Walters, WSBA 25537
Attorney for Plaintiff, Christie Bowers
1411 Fourth Avenue, Suite 75
Seattle, WA 98101
Ph: 206.254.0444 | Ph: 425.688.7620
mark@walterslawfirm.com

CORRECTED REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO WITHDRAWAL COUNSEL
PAGE 4 OF 4

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444