Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHRISTIE BOWERS,

                    Plaintiff,

        vs.

ROBIN KLETKE and ROBIN COHEN,
husband and wife and the marital community
composed thereof,
                    Defendants

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C08-1768RSM

DECLARATION OF DEFENDANTS IN
SUPPORT OF REPLY TO MR.
CAVAGNARO'S MEMO IN OPPOSITION
TO DEFENDANT'S MOTION FOR
MONETARY SANCTIONS

NOTE ON MOTION DOCKET:
APRIL 2, 2010

Defendants, Robin Kletke and Robin Cohen declare as follows:

1. We are the defendants in the above referenced case and are filing this declaration pro se
   and have direct knowledge of the facts declared herein and we are competent to testify
   hereto.

2. The spread sheet referenced in DKT #66, Exhibit A is a true and correct spread sheet
   produced by the defendants in order to summarize time charges in DKT #66, Exhibit B.
   The spread sheet contains dates, hours worked (by Mr. Murphy and his paralegal),
   charges for those hours and a brief description of the work involved.  The defendants
   have transferred the data from Exhibit B to the spread sheet, and added descriptions.  In
   some cases, the charges on the time sheets included items not attributable to Mr.
   Cavagnaro.  In those instances, the defendants have estimated what portion of the time

DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S REPLY - 1
DeclarationReply.doc

charges would have been applicable.  A notation was made on the time sheet (i.e. 1.0 hr) in those instances.

3. Exhibit B of DKT #66 is a collection of true and correct time sheets received from Mr. Murphy in the normal course of business.  These time sheets have been redacted where necessary to remove non-applicable entries.  Where entries for a day contain a mixture of activities, the non-applicable descriptions are redacted and an estimate of hours spent on the applicable activity is hand written in the right hand margin.  Hand written notations A-N are also in the right hand margin to help group activities together.  These designators A-N are transferred to the spread sheet in Exhibit A of DKT #66 to aid in summarizing the charge entries and total expenses.

4. Attached hereto as Exhibit A are true and correct copies of emails received by the defendants from Mr. Murphy during the normal course of business.  As can be seen by the 'CC' line in the address, the email for the defendants (r2agility@verizon.net) was added so the emails would be received along with Mr. Cavagnaro.

5. Attached hereto as Exhibit B is a true and correct copy of a letter from Mr. Murphy to Mr. Cavagnaro on November, 6, 2009. This letter was received as part of routine distribution of communications pertaining to the case.  In this instance, the letter discusses the responsive documents, the copying of those documents, and delivery to the defendants.

6. Attached hereto as Exhibit C are true and correct copies of monthly statements received by the defendants from Mr. Murphy in the normal course of business.  These statements show what charges were incurred in each month, the current balance owed, and payments made by the defendants.

7. Attached hereto as Exhibit D are true and correct copies of check carbons from various checking accounts of the defendants.  Two check carbons could not be located (check #91, 1/12/2010 for $10,000.00 and check #6245, 2/27/2009 for $10,000.00).

DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S REPLY - 2
DeclarationReply.doc

Defendants declare under penalty of perjury that the foregoing is true and correct.

Dated this __2nd___ Day of April, 2010 at Woodinville, WA

Robin Cohen      Robin Kletke

16820 226th Ave NE
Woodinville, WA 98077
206-718-1237
robinkletke@hotmail.com

CERTIFICATE OF SERVICE

We, Robin Kletke and Robin Cohen, herby certify that on April _2nd___, 2010, we filed with the

Clerk of the Court via CM/ECF the foregoing DECLARATION OF DEFENDANTS IN

SUPPORT OF REPLY TO MR. CAVAGNARO'S MEMO IN OPPOSITION TO

DEFENDANT'S MOTION FOR MONETARY SANCTIONS as well as Exhibits A-D. Said

CM/ECF filing will send notifications of this filing to the following:


    Gregory Cavagnaro
    Law Offices of Gregory Cavagnaro
    1400 112th Avenue SE #100
    Bellevue, WA 98004
    Lead Attorney for Plaintiff

    Mark Walters
    1411 Fourth Avenue, Suite 75
    Seattle, WA 98101
    Attorney for Plaintiff


We certify under penalty of perjury, under the laws of the State of Washington, that the

foregoing is true and correct.

Dated this _2nd__ Day of April, 2010 at Woodinville, WA


    Robin Cohen    Robin Kletke


DECLARATION OF DEFENDANTS IN SUPPORT OF DEFENDANT'S REPLY - 4
DeclarationReply.doc

# EXHIBIT A

**From:**       "Greg Murphy" <gmurphy@murphy-legal.com>
**To:**         "Gregory P. Cavagnaro" <greg@gcavlaw.com>
**Cc:**         "R2Agility" <r2agility@verizon.net>; "Lani Mertens" <lmertens@murphy-legal.com>
**Sent:**       Friday, March 27, 2009 4:12 PM
**Subject:**    Bowers v. Kletke & Cohen:Documents received from Sonsosite

Dear Mr. Cavagnaro:

This email follows the voice mail message left for you today at 2:30 PM.  This is in addition to the attempts made by my paralegal, Lani Mertens, since last week about this same subject.

A week ago you sent an email message to Lani Mertens telling her that you would be out of town on Monday and will be able to respond on Tuesday (3/24/2009). After not hearing from you on Tuesday, Lani Mertens sent you an email message on Wednesday morning.

It has been at least eight days since you received the documents from Sonosite. Please Bates stamp a complete set and send them to us in the same manner they were received by your office.  Please confirm receipt of this email message and let us know when we can expect to receive the documents.  Please let us know if you have already sent the documents.  Thank you.

Sincerely,
Gregory J. Murphy

**Gregory J. Murphy**
Law Offices of Gregory J. Murphy, P.S.
<span style="color:red">Please Note New Street Address</span>
One Pacific Building
621 Pacific Avenue, Suite 15
Tacoma, WA 98402

Mailing Address:
P.O. Box 1298
Tacoma, WA 98401-1298

Direct Line: 253-572-4948/Cell Phone: 253-948-7565

**WARNING:**

The information contained in this email message is only intended for the person(s) named above. In some instances, the information may be protected by the attorney-client and/or attorney work-product privileges.  Any distribution or copying of the information is strictly prohibited if you are not the intended recipient.

| | |
|---|---|
| **From:** | "Greg Murphy" <gmurphy@murphy-legal.com> |
| **To:** | "Gregory P. Cavagnaro" <greg@gcavlaw.com> |
| **Cc:** | "R2Agility" <r2agility@verizon.net>; "Lani Mertens" <lmertens@murphy-legal.com> |
| **Sent:** | Tuesday, March 31, 2009 3:25 PM |
| **Subject:** | FRCP 26 Conference, 10 am, Wednesday, April 1, 2009; Bowers v. Kletke & Cohen |

Dear Mr. Cavagnaro:

I will initiate the call to your office tomorrow morning for the purpose of conducting an FRCP 26 conference concerning the Sonosite documents obtained by your office.  It is ridiculous that we have had to do anything at all after we requested a complete copy of the documents received by your office.  We should have received the documents last week.  After many attempts on our part to contact you, our emails and voicemails have still not received a substantive response.

I look forward to talking to you tomorrow morning.  If this time is not convenient, please let me know what times you have available tomorrow to discuss this issue.  Thank you.

### Gregory J. Murphy

Law Offices of Gregory J. Murphy, P.S.

One Pacific Building

621 Pacific Avenue, Suite 15

Tacoma, WA 98402

Mailing Address:

P.O. Box 1298

Tacoma, WA 98401-1298

Direct Line: 253-572-4948/Cell Phone: 253-948-7565

**WARNING:**

The information contained in this email message is only intended for the person(s) named above.  In some instances, the information may be protected by the attorney-client and/or attorney work-product privileges.  Any distribution or copying of the information is strictly prohibited if you are not the intended recipient.

**From:**      "Greg Murphy" <gmurphy@murphy-legal.com>
**To:**        "Gregory P. Cavagnaro" <greg@gcavlaw.com>
**Cc:**        "R2Agility" <r2agility@verizon.net>; "Lani Mertens" <lmertens@murphy-legal.com>
**Sent:**      Wednesday, April 01, 2009 11:17 AM
**Subject:**   FRCP 26 and FRCP 37/Failure to Meet and Confer re Sonosite Documents; Bowers v. Kletke and
               Cohen, USDC, WD of WA at Seattle, 08-cv-01768-RSM

Dear Mr. Cavagnaro:

It is customary to resolve discovery matters by agreement and Judge Martinez's March 17, 2009 Order Setting Trial and Related Dates requires us to do so if possible. Despite our repeated requests, we have not received either the documents produced by Sonosite pursuant to the subpoena duces tecum issued by your office **OR** any communication whatsoever about when we will receive the documents.

We understand that Sonosite produced documents on or about March 17, 2009. Lani Mertens, my paralegal, called and left a message for you on March 19, 2009 requesting a copy of the documents produced. I called and left a message for you on March 30, 2009 on this same subject and also told you if I did not either receive the documents or hear from you, I would schedule an FRCP 26 conference. However, I note under the federal rules of civil procedure, unlike the state rules, the rule specified is FRCP 37. Nevertheless, for our purposes, it is my position that I have complied with the provisions of FRCP 37 and I will be certifying to the court that I have attempted to confer with you.

When I called today at 10 am per my email to you yesterday, I was told you were meeting with a client. I asked your assistant to tell you I was calling about the FRCP 26 conference and I was told you knew that and you were not available. I then asked her to let me know when you would be available today and she said she did not keep your calendar or have access to it. I asked her again to ask you when we could "meet and confer" today: give me a time. I was told you would call me. This is unacceptable.

We will file a Motion to Compel Discovery and Sanctions. Please contact me if you have any questions. Thank you.

Sincerely,

Gregory J. Murphy

**Gregory J. Murphy**

Law Offices of Gregory J. Murphy, P.S.

One Pacific Building

621 Pacific Avenue, Suite 15

Tacoma, WA 98402

Mailing Address:

P.O. Box 1298

Tacoma, WA 98401-1298

Direct Line: 253-572-4948/Cell Phone: 253-948-7565

**WARNING:**

The information contained in this email message is only intended for the person(s) named above.  In some instances, the information may be protected by the attorney-client and/or attorney work-product privileges.  Any distribution or copying of the information is strictly prohibited if you are not the intended recipient.

# EXHIBIT B

**Law Offices of**
**Gregory J. Murphy P.S.**

P.O. Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

November 6, 2009

*VIA ELECTRONIC MAIL*

Gregory P. Cavagnaro
Law Office of Gregory P. Cavagnaro
1400-112th Ave SE, Suite 100
Bellevue, WA  98004

    *RE:*   *Bowers v. Kletke & Cohen*

Dear Mr. Cavagnaro:

    I called you this morning to discuss your November 5, 2009 letter.  I was told you were in a meeting and was transferred to your voicemail.  Your phone system said your voicemail was not available.

    I appreciate your client's offer to bring documents consisting of several thousand pages to our office on either Monday or Tuesday next week.  For several reasons this is not acceptable to us.  One of the reasons is the fact that we do not want any contact with your client unless you or someone from your office is present.

    Instead, please make arrangements to have the documents delivered to our office by someone other than your client.  Given the volume of documents, our preference is to receive scanned documents on a disk.  Otherwise, please have the documents copied at Kinko's or some other copy service.   Your client's cost for 2,000 pages of documents would be somewhere between $153.00  - $612.00 according to what I was told by a representative at Kinko's.

    Also, your letter does not address a number of important subjects: when will we receive payment as ordered by Judge Martinez; when will we receive amended answers to interrogatories without objections; what, if anything, do you propose about depositions of the witnesses in Oregon?  Simply put, as matters stand now, the Court has ordered us to continue to prepare this case for trial or other disposition. Depending on how Judge Martinez rules on the pending motion, these issues may be moot with the exception of the monetary terms previously awarded and any additional monetary sanctions awarded by the Court.

Y:\Kletke, Robin\Correspondence\09.11.06 Ltr to Cavagnaro.doc

Nothing in this letter should be taken as our agreement that this offer to bring documents to us, contrary to the Court's Orders, is acceptable and resolves the issues raised in our pending motion for default and sanctions. This motion is noted for November 20, 2009 and even if we receive the documents, we would like Judge Martinez to rule on the motion at the earliest possible date.

If you have any questions about this letter, please contact me.

Sincerely,

Gregory J. Murphy

GJM/lm
cc:    Robin Kletke
        Robin Cohen

# EXHIBIT C



P.O. Box 1298
201 St. Helens Avenue
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588   www.murphy-legal.com   www.murphy-legal.net

Law Offices of
Gregory J. Murphy P.S.

| Invoice # | Date | Amount Due |
|---|---|---|
| OB355 | 12/31/08 | $5,753.35 |

**Invoice to:**

Robin Kletke
Robin Kletke
16820 228th Ave NE

Woodinville, WA  98077

## SUMMARY OF CHARGES

|  | Amount |
|---|---|
| Time Charges: | $8,892.00 |
| Fees/Expenses   Copies | $105.50 |
|  | **$8,997.50** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $3,244.15 |
| Fees/Expenses paid in trust this invoice: | $3,244.15 |
| Remaining Balance: | $0.00 |

## TOTAL AMOUNT DUE THIS INVOICE | $5,753.35 |

*Detailed fee and expense information is attached.*

| Invoice # | Date | Amount Due |
|---|---|---|
| QB361 | 02/03/09 | $3,889.14 |

**Invoice to:**

Robin Kletke
Robin Kletke
16820 226th Ave NE
Woodinvile, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges: | $13,515.00 |
| Expenses: | $374.14 |
| | **$13,889.14** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $10,000.00 |
| Remaining Balance: | $0.00 |

## TOTAL AMOUNT DUE THIS INVOICE

$3,889.14

*Detailed fee and expense information is attached.*

**Law Offices of**
**Gregory J. Murphy, P.S.**

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| QB364 | 02/28/09 | $26,795.58 |

**Invoice to:**

Robin Klarke

16820 226th Ave NE

Woodinville, WA  98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $26,384.00 |
| Expenses | $411.58 |
| | $26,795.58 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $0.00 |
| Fees/Expenses paid in trust this invoice: | $0.00 |
| Remaining Balance: | $0.00 |

## TOTAL AMOUNT DUE THIS INVOICE

$26,795.58

*Detailed fee and expense information is attached.*

M

**Law Offices of**
**Gregory J. Murphy P.S.**

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588 www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| QB356 | 04/01/09 | $7,003.41 |

**Invoice to:**

**Robin Kletke**

16820 226th Ave NE

Woodinville, WA 98077

### SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $16,440.00 |
| Expenses. | $389.31 |
| Expenses.  Copies | $102.00 |
| Expenses.  Postage | $2.10 |
| Expenses.  LoisLaw Research | $70.00 |
| | **$17,003.41** |

### SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $26,795.58 |
| Fees/Expenses paid in trust this invoice: | $10,000.00 |
| Remaining Balance: | $16,795.58 |

### TOTAL AMOUNT DUE THIS INVOICE

$7,003.41

*Detailed fee and expense information is attached.*

**Law Offices of**
**Gregory J. Murphy P.S.**

P.O. Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3668 fax (253) 572-9588  www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| QB369 | 05/01/09 | PAID** |

**Invoice to:**

Robin Kletke

16620 228th Ave NE

Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $4,319.00 |
| Expenses. | $318.54 |
| | $4,637.54 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $4,637.54 |
| Remaining Balance. | $5,362.46 |

## TOTAL AMOUNT DUE THIS INVOICE

$0.00

*Detailed fee and expense information is attached.*

**Law Offices of**
**Gregory J. Murphy P.S.**

P.O. Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588 www.murphy-legal.com

| Invoice to: | Invoice # | Date | Amount Due |
|---|---|---|---|
| Robin Klebe | QB375 | 05/31/09 | PAID** |

16020 226th Ave NE

Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $7,570.00 |
| Expenses. | $317.10 |
| | $7,887.10 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $7,887.10 |
| Remaining Balance: | $2,112.90 |

## TOTAL AMOUNT DUE THIS INVOICE    $0.00

*Detailed fee and expense information is attached.*

Law Offices of
Gregory J. Murphy P.S.

P.O. Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

**Invoice to:**

Robin Klatke

16820 226th Ave NE

Woodinville, WA  98077

| Invoice # | Date | Amount Due |
|-----------|------|------------|
| QB380 | 06/30/09 | PAID** |

## SUMMARY OF CHARGES

|  | Amount |
|---|---|
| Time Charges | $3,728.00 |
| Expenses | $13.50 |
| | **$3,741.50** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $3,741.50 |
| Remaining Balance: | $6,258.50 |

## TOTAL AMOUNT DUE THIS INVOICE     $0.00

*Detailed fee and expense information is attached.*

Law Offices of
Gregory J. Murphy P.S.

PO Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-0588  www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| QB385 | 07/31/09 | PAID** |

**Invoice to:**

Robin Kletke

16820 228th Ave NE

Woodinville, WA  98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges | $2,979.00 |
| | $2,979.00 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $2,979.00 |
| Remaining Balance: | $7,021.00 |

## TOTAL AMOUNT DUE THIS INVOICE | $0.00

*Detailed fee and expense information is attached.*

Law Offices of
Gregory J. Murphy P.S.

P.O. BOX 1296
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588   www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| O6389 | 08/31/09 | PAID** |

**Invoice to:**

Robin Klotko

16820 226th Ave NE
Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $457.00 |
| Expenses. | $52.40 |
| | **$509.40** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $509.40 |
| Remaining Balance: | $9,490.60 |

## TOTAL AMOUNT DUE THIS INVOICE

$0.00

*Detailed fee and expense information is attached.*

Law Offices of
Gregory J. Murphy, P.S.

P.O. Box 1298
One Pacific Building
621 Pacific Ave., Suite 15
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| | 10/02/09 | PAID** |

**Invoice to:**

Robin Klarke

16820 226th Ave NE
Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges | $3,761.00 |
| Expenses | $11.50 |
| | $3,772.50 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $3,772.50 |
| Remaining Balance: | $6,227.50 |

## TOTAL AMOUNT DUE THIS INVOICE | $0.00

*Detailed fee and expense information is attached.*

**Law Offices of
Gregory J. Murphy P.S.**

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588 www.murphy-legal.com

| Invoice # | Date | Amount Due |
|---|---|---|
| | 10/31/09 | PAID** |

**Invoice to:**

Robin Klotke

16820 226th Ave NE
Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $7,896.00 |
| | **$7,896.00** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $7,896.00 |
| Remaining Balance: | $2,104.00 |

## TOTAL AMOUNT DUE THIS INVOICE

**$0.00**

*Detailed fee and expense information is attached.*

Law Office of
Gregory J. Murphy P.S.

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

| Invoice #  | Date     | Amount Due |
|------------|----------|------------|
| QB404      | 12/02/09 | PAID**     |

**Invoice to:**

Robin Kletke

16620 226th Ave NE
Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $8,081.00 |
| Expenses. | $17.50 |
| | **$8,098.50** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $10,000.00 |
| Fees/Expenses paid in trust this invoice: | $8,098.50 |
| Remaining Balance: | $1,901.50 |

## TOTAL AMOUNT DUE THIS INVOICE

$0.00

*Detailed fee and expense information is attached.*

**Law Offices of**
**Gregory J. Murphy P.S.**

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588  www.murphy-legal.com

| Invoice #: | Date | Amount Due |
|---|---|---|
| Q8408 | 01/03/10 | $13,372.75 |

**Invoice to:**

Robin Klatke

16820 226th Ave NE
Woodinville, WA 98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $15,062.00 |
| Expenses. | $212.25 |
| | $15,274.25 |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $1,901.50 |
| Fees/Expenses paid in trust this invoice: | $1,901.50 |
| Remaining Balance: | $0.00 |

## TOTAL AMOUNT DUE THIS INVOICE

$13,372.75

*Detailed fee and expense information is attached.*

Law Office of
Gregory J. Murphy P.S.

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588 www.murphy-legal.com

**Invoice to:**

Robin Klutke

16820 226th Ave NE
Woodinville, WA 98077

| Invoice # | Date | Amount Due |
|---|---|---|
| QB411 | 02/01/10 | $12,207.25 |

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $12,230.00 |
| Expenses. | $104.50 |
| | **$12,334.50** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $127.25 |
| Fees/Expenses paid in trust this invoice: | $127.25 |
| Remaining Balance: | $0.00 |

## TOTAL AMOUNT DUE THIS INVOICE

$12,207.25

*Detailed fee and expense information is attached.*

Law Offices of
Gregory J. Murphy P.S.

P.O. Box 1298
Tacoma, WA 98401-1298
(253) 572-3688 fax (253) 572-9588 www.murphy-legal.com

| Invoice # | Date | Amount Due |
|-----------|----------|------------|
| QB416 | 02/28/10 | |

**Invoice to:**

Robin Kletke

16820 226th Ave NE
Woodinville, WA  98077

## SUMMARY OF CHARGES

| | Amount |
|---|---|
| Time Charges. | $11,798.00 |
| Expenses. | $27.50 |
| | **$11,825.50** |

## SUMMARY OF TRUST ACCOUNT PAYMENTS**

| | |
|---|---|
| Prior Balance: | $0.00 |
| Fees/Expenses paid in trust this invoice: | |
| Remaining Balance: | |

## TOTAL AMOUNT DUE THIS INVOICE

*Detailed fee and expense information is attached.*

# EXHIBIT D





TAX DEDUCTIBLE ITEM ➡ ☐
**1055**

✔ **Track Your Expenses…**
☐ Auto/Travel   ☐ Education   ☐ Medical/Dental
☐ Business   ☐ Entertainment   ☐ Savings
☐ Charities   ☐ Food   ☐ Taxes
☐ Clothing   ☐ Home   ☐ Utilities
☐ Dependent Care   ☐ Insurance   ☐ Other

4/20/09

Greg Murphy

Two thousand nine hundred seventy nine and 00/100

BAL.
FOR'D

ITEM AMOUNT   2979.00

BALANCE

DEPOSIT

FOR'D

For enhanced security your account
number has been blocked out on this copy

Memo   GR 385

NOT NEGOTIABLE

---

TAX DEDUCTIBLE ITEM ➡ ☐
**1064**

✔ **Track Your Expenses…**
☐ Auto/Travel   ☐ Education   ☐ Medical/Dental
☐ Business   ☐ Entertainment   ☐ Savings
☐ Charities   ☐ Food   ☐ Taxes
☐ Clothing   ☐ Home   ☐ Utilities
☐ Dependent Care   ☐ Insurance   ☐ Other

9-20-09

Greg Murphy

Five hundred nine and 40/100

BAL.
FOR'D

ITEM AMOUNT   509.40

BALANCE

DEPOSIT

FOR'D

For enhanced security your account
number has been blocked out on this copy

Memo   GR 389

NOT NEGOTIABLE

---

TAX DEDUCTIBLE ITEM ➡ ☐
**1074**

✔ **Track Your Expenses…**
☐ Auto/Travel   ☐ Education   ☐ Medical/Dental
☐ Business   ☐ Entertainment   ☐ Savings
☐ Charities   ☐ Food   ☐ Taxes
☐ Clothing   ☐ Home   ☐ Utilities
☐ Dependent Care   ☐ Insurance   ☐ Other

10/26/09

Greg Murphy

Three thousand seven hundred seventy two and

BAL.
FOR'D

ITEM AMOUNT   3772.50

BALANCE

DEPOSIT

FOR'D

For enhanced security your account
number has been blocked out on this copy

Memo   Return

NOT NEGOTIABLE

---

TAX DEDUCTIBLE ITEM ➡ ☐
**1080**

✔ **Track Your Expenses…**
☐ Auto/Travel   ☐ Education   ☐ Medical/Dental
☐ Business   ☐ Entertainment   ☐ Savings
☐ Charities   ☐ Food   ☐ Taxes
☐ Clothing   ☐ Home   ☐ Utilities
☐ Dependent Care   ☐ Insurance   ☐ Other

11/16/09

Greg Murphy

Seven thousand eight hundred ninety six and 00/100

BAL.
FOR'D

ITEM AMOUNT   7896.00

BALANCE

DEPOSIT

FOR'D

For enhanced security your account
number has been blocked out on this copy

Memo   10/31/19

NOT NEGOTIABLE

