**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTIE BOWERS,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,<br><br>      Defendants. | NO. C08-1768RSM<br><br>**NOTICE OF CLAIM OF LIEN FOR ATTORNEY'S FEES**<br><br>TO:  MARK WALTERS, WALTERS LAW FIRM, PLLC, ATTORNEYS FOR CHRISTIE BOWERS; AND TO: GREGORY CAVAGNARO, LAW OFFICES OF GREGORY CAVAGNARO, ATTORNEYS FOR CHRISTIE BOWERS; AND TO:  ROBIN KLETKE AND ROBIN COHEN, PRO SE DEFENDANTS |

TO: MARK WALTERS, WALTERS LAW FIRM, PLLC, ATTORNEYS FOR CHRISTIE BOWERS;

AND TO:  GREGORY CAVAGNARO, LAW OFFICES OF GREGORY CAVAGNARO, ATTORNEYS FOR CHRISTIE BOWERS;

AND TO:  ROBIN KLETKE AND ROBIN COHEN, PRO SE DEFENDANTS

  Notice is hereby given that the Law Offices of Gregory J. Murphy, P. S., through their undersigned attorney, claims a lien under RCW 60.40.010(3), providing for a lien on money in the hands of an adverse party in an action or proceeding, being amounts due from plaintiff Christie Bowers and/or her attorney, Gregory Cavagnaro, to Robin Kletke and Robin Cohen, husband and wife, on the

**NOTICE OF CLAIM OF LIEN** - Page 1 of 3

Y:\Kletke, Robin\Pleadings\10.04.14 Notice of lien.DOC

**LAW OFFICES OF GREGORY J. MURPHY, P.S.**
PO Box 1298
621 PACIFIC AVENUE, SUITE 15
TACOMA, WASHINGTON 98402-1298
PHONE 253-572-3688
FAX 253-572-9588

Motion for Monetary Sanctions re Mr. Gregory Cavagnaro (pending before this Court for hearing on or about April 2, 2010).

Law Offices of Gregory J. Murphy, P. S. claims a lien for unpaid fees for services rendered to Robin Kletke and Robin Cohen in the above-referenced action in the amount of Fifteen Thousand Eight Hundred Ninety-Four Dollars and Three Cents ($15,894.03), together with interest.

DATED this 14th day of April, 2010.

LAW OFFICES OF GREGORY J. MURPHY, P. S.

By: _____/s/_____
Gregory J. Murphy, WSBA No. 16184

**NOTICE OF CLAIM OF LIEN** - Page 2 of 3

Y:\Kletke, Robin\Pleadings\10.04.14 Notice of lien.DOC

**LAW OFFICES OF GREGORY J. MURPHY, P.S.**
PO Box 1298
621 PACIFIC AVENUE, SUITE 15
TACOMA, WASHINGTON 98402-1298
PHONE 253-572-3688
FAX 253-572-9588

# CERTIFICATE OF SERVICE

I, Lelani Mertens, hereby certify under penalty of perjury under the laws of the State of Washington that on April 14, 2010, I electronically filed the foregoing **NOTICE OF CLAIM OF LIEN FOR ATTORNEY'S FEES** with a Clerk of the Court using the CM/ECF system which will send notification of such filing to the person(s) listed below:

> Gregory Cavagnaro
> Law Offices of Gregory Cavagnaro
> 1400 112th Avenue SE #100
> Bellevue WA 98004
> greg@gcavlaw.com
>
> Mark Walters
> 1411 Fourth Avenue, Suite 75,
> Seattle, WA 98101
>
> Robin Kletke
> Robin Cohen
> 16820 226th Avenue NE
> Woodinville, WA 98077

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 14th day of April, 2010 at Tacoma, Washington.

/s/
Lelani Mertens

**NOTICE OF CLAIM OF LIEN** - Page 3 of 3

Y:\Kletke, Robin\Pleadings\10.04.14 Notice of lien.DOC

**LAW OFFICES OF GREGORY J. MURPHY, P.S.**
PO Box 1298
621 PACIFIC AVENUE, SUITE 15
TACOMA, WASHINGTON 98402-1298
PHONE 253-572-3688
FAX 253-572-9588