UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIE BOWERS,<br><br>　　　　Plaintiff,<br>　v.<br><br>ROBIN KLETKE and ROBIN COHEN,<br><br>　　　　Defendants. | Case No. C08-1768RSM<br><br>MINUTE ORDER REFERRING CASE<br>FOR SETTLEMENT CONFERENCE |

　　　This following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

　　　This matter is hereby referred to the Honorable James P. Donohue United States Magistrate Judge, for the purpose of conducting a settlement conference.

　　　Counsel are directed to contact Peter Voelker, courtroom deputy to Judge Donohue, regarding scheduling or any additional questions at 206-370-8422.

　　　DATED this 23rd day of April, 2010.

　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk


　　　　　　　　　　　　　　　　　　　By ___Lowell Williams___
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER REFERRING CASE - 1