**UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON**

| | |
|---|---|
| CHRISTIE BOWERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBINE E KLETKE and ROBIN COHEN, )<br>)<br>Defendant. ) | **C08-1768 RSM**<br><br>**MINUTE ORDER REGARDING SETTLEMENT CONFERENCE** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Settlement Conference in this matter has been scheduled for <u>Wednesday, May 5, 2010, beginning at 9:00am</u> in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Each party who will try the case should be present, accompanied by his or her client, to include a representative who has complete authority to make a final decision regarding a settlement.

The parties are to exchange settlement briefs of no more than ten (10) pages. The briefs should outline the history of the case, the history of settlement discussions, and all liability and damages issues. Additionally, please identify all individuals who will be in attendance at the conference. The settlement brief is **not** to be filed with the Clerk. However, a copy of each

**MINUTE ORDER**

parties settlement brief must be emailed to Judge Donohue at donohueorder@wawd.uscourts.gov no later than Monday, May 3, 2010, by twelve noon.

In addition, the parties are directed to submit a separate, confidential memorandum of no more than ten (10) pages discussing how the case might be settled. The confidential memorandum shall be emailed to Judge Donohue at the above email address, again no later than Monday, May 3, 2010, by twelve noon. <u>The confidential memoranda are **not** to be shared between the parties, nor a copy filed in any manner with the Clerk.</u>

If you should have any questions, please contact me at (206) 370-8422.

DATED this 23rd day of April, 2010

Bruce Rifkin
Clerk of Court

/s/ Peter H. Voelker
Peter H. Voelker, Deputy Clerk

**MINUTE ORDER**