**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CHRISTIE BOWERS,** | **NO. C08-1768RSM** |
| **Plaintiff,** | **CERTIFICATE OF SERVICE** |
| **vs.** | **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| **ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,** | **NOTED ON MOTION DOCKET: MAY 28, 2010** |
| **Defendants.** | |

I hereby certify that on this 8TH day of May, 2010, I electronically filed the documents listed below with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

*Pro Se* **Defendant**

Robin Kletke
16820 226th Ave NE
Woodinville, WA 98077
206-718-1237
robinkletke@hotmail.com
r2agility@verizon.net

*Pro Se* **Defendant**

Robin Cohen
16820 226th Ave NE
Woodinville, WA 98077
206-718-1237
robinkletke@hotmail.com
r2agility@verizon.net

CERTIFICATE OF SERVICE
PAGE 1 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

**Counsel for Plaintiff**

Gregory Cavagnaro, WSBA  17644
Law Offices of Gregory Cavagnaro
1400 112th Avenue SE #100
Bellevue, WA 98004
greg@gcavlaw.com
Counsel for Plaintiff

### Documents Filed

1.    Plaintiff's Motion for Leave to File First Amended Complaint;

2.    Declaration of Mark Walters in Support of Plaintiff's with attached exhibits;

3.    Proposed Order Granting Leave to File First Amended Complaint

And I hereby certify that I have mailed by United States Postal Service the document

to the following non CM/EFC participants:  **Not applicable.**

Dated:  May 13, 2010

_____

Mark Walters

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444