**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **CHRISTIE BOWERS,**<br><br>                    **Plaintiff,**<br><br>**vs.**<br><br>**ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof,**<br><br>                    **Defendants.** | **NO. C08-1768RSM**<br><br> **[PROPOSED]**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**NOTED ON MOTION DOCKET: MAY 28, 2010** |

THIS MATTER came before this Court on Plaintiff's Motion for Leave to File First Amended Complaint. The Court, having reviewed the papers and files herein and Plaintiff's Motion for Leave to File First Amended Complaint, Declaration of Mark D. Walters with attached exhibits, and _____ [Defendant's Opposition Papers], and being fully advised.

IT IS NOW ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED and the Plaintiff is directed to serve the First Amended Complaint on the Defendants.

[Proposed]
Order Granting Plaintiff's Motion for Leave to File First Amended Complaint
PAGE 1 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444

ORDER DATED this ___ day of _____, 2010.

_____
Ricardo S. Martinez
United States District Court Judge

Presented by:

WALTERS LAW FIRM PLLC

_____
Mark Walters, WSBA 25537
Attorney for Plaintiff, Christie Bowers

1411 Fourth Avenue, Suite 75
Seattle, WA 98101
Ph: 206.254.0444
Ph: 425.688.7620

[Proposed]
Order Granting Plaintiff's Motion for Leave to File First Amended Complaint
PAGE 2 OF 2

WALTERS LAW FIRM PLLC
1411 Fourth Avenue | Suite 75
Seattle | WA | 98101
206.254.0444