Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTIE BOWERS, | Case No.: C08-1768RSM |
| Plaintiff, | |
| vs. | NOTICE OF CROSS APPEAL |
| ROBIN KLETKE and ROBIN COHEN, husband and wife and the marital community composed thereof, | |
| *Pro Se* Defendants | |

Defendants Robin Kletke and Robin Cohen give notice of cross appeal to the United States Court of Appeals for the Ninth Circuit from:

1. Order Granting Defendant's Motion For Summary Judgment and Denying Plaintiff's Cross Motion for Summary Judgment dated September 29, 2010 at Dkt. #120 - Order #3 striking Defendants Motion to Strike and for Sanctions (Dkt. #112)

2. Order Granting in Part and Denying in Part Defendant's Motion for Sanctions; Striking Motion to Stay as Moot; Directing Parties to File Status Report filed March 1, 2010 at Dkt. # 59.

3. Order Denying Motion for Reconsideration, filed September 15, 2010 at Dkt. #115

4. Any other rulings adverse to Defendants contained in or subsumed by the Final Judgment, dated September 29, 2010 at Dkt. # 121 or material issues raised and relief sought by Plaintiff from appeal filed October 26, 2010 at Dkt. #123.

NOTICE OF CROSS APPEAL - 1
NoticeOfCrossAppeal.doc

Dated this 8th day of November, 2010 at Woodinville, WA

_____
 Robin Cohen     Robin Kletke

                       16820 226th Ave NE
                       Woodinville, WA 98077
                       206-718-1237
                       robinkletke@hotmail.com

NOTICE OF CROSS APPEAL - 2
NoticeOfCrossAppeal.doc

CERTIFICATE OF SERVICE

We, Robin Kletke and Robin Cohen, herby certify that on November 8th, 2010, we filed with the Clerk of the Court via CM/ECF the foregoing DEFENDANT'S NOTICE OF CROSS APPEAL. Said CM/ECF filing will send notifications of this filing to the following:

Duncan Calvert Turner
Badglen Mullins Law Group
701 Fifth Ave.
Seattle, WA 98104
Attorney for Plaintiff

Mark Walters
1411 Fourth Avenue, Suite 75
Seattle, WA 98101
Attorney for Plaintiff

We certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Dated this 8th Day of November, 2010 at Woodinville, WA

_____
Robin Cohen      Robin Kletke

NOTICE OF CROSS APPEAL - 3
NoticeOfCrossAppeal.doc